UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Genmar Holdings, Inc.,<br>　　　　Debtor. | Case No. BKY 09-43537<br>Chapter 11 Case |
| Carver Industries, L.L.C.,<br>　　　　Debtor. | Case No. BKY 09-43538<br>Chapter 11 Case |
| Carver Italia, L.L.C.,<br>　　　　Debtor. | Case No. BKY 09-33773<br>Chapter 11 Case |
| Carver Yachts International, L.L.C.,<br>　　　　Debtor. | Case No. BKY 09-33774<br>Chapter 11 Case |
| Genmar Florida, Inc.,<br>　　　　Debtor. | Case No. BKY 09-43539<br>Chapter 11 Case |
| Genmar Industries, Inc.,<br>　　　　Debtor. | Case No. BKY 09-43540<br>Chapter 11 Case |
| Genmar IP, L.L.C.,<br>　　　　Debtor. | Case No. BKY 09-43541<br>Chapter 11 Case |
| Genmar Manufacturing of Kansas, Inc.,<br>　　　　Debtor. | Case No. BKY 09-43542<br>Chapter 11 Case |
| Genmar Michigan, L.L.C.,<br>　　　　Debtor. | Case No. BKY 09-43543<br>Chapter 11 Case |
| Genmar Minnesota, Inc.,<br>　　　　Debtor. | Case No. BKY 09-33775<br>Chapter 11 Case |
| Genmar Tennessee, Inc.,<br>　　　　Debtor. | Case No. BKY 09-43544<br>Chapter 11 Case |
| Genmar Transportation, Inc.,<br>　　　　Debtor. | Case No. BKY 09-43545<br>Chapter 11 Case |
| Genmar Yacht Group, L.L.C.,<br>　　　　Debtor. | Case No. BKY 09-43546<br>Chapter 11 Case |
| Marine Media, L.L.C.,<br>　　　　Debtor. | Case No. BKY 09-43547<br>Chapter 11 Case |
| Minstar, L.L.C.,<br>　　　　Debtor. | Case No. BKY 09-43548<br>Chapter 11 Case |
| Triumph Boats, Inc.,<br>　　　　Debtor. | Case No. BKY 09-43550<br>Chapter 11 Case |

| | |
|---|---|
| Triumph Boat Rentals, L.L.C., <br> Debtor. | Case No. BKY 09-43551 <br> Chapter 11 Case |
| VEC Leasing Services, L.L.C., <br> Debtor. | Case No. BKY 09-43552 <br> Chapter 11 Case |
| VEC Management Co. L.L.C., <br> Debtor. | Case No. BKY 09-43553 <br> Chapter 11 Case |
| VEC Technology, Inc., <br> Debtor. | Case No. BKY 09-43554 <br> Chapter 11 Case |
| Windsor Craft Yachts, L.L.C., <br> Debtor. | Case No. BKY 09-43555 <br> Chapter 11 Case |
| Wood Manufacturing Company, Inc., <br> Debtor. | Case No. BKY 09-43556 <br> Chapter 11 Case |

**ORDER GRANTING EXPEDITED RELIEF AND
AUTHORIZING JOINT ADMINISTRATION OF CASES**

This matter came before the undersigned United States Bankruptcy Judge on the above Debtors' motion for expedited hearing and for an order authorizing joint administration. Appearances are noted on the record. Based on the arguments of counsel and the documents of record herein, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Debtors' request for expedited relief is granted.

2. The Debtors' motion for joint administration is granted.

3. The Debtors' respective cases shall be jointly administered in accordance with Bankruptcy Rule 1015(b) and the heading of pleadings herein shall read as follows:

| | |
|---|---|
| **Genmar Holdings, Inc., et al.**[1] <br> **Debtors** | **Case No. 09-43537** <br> **Jointly Administered** |

---

[1] **Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP,**

**L.L.C., Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, L.L.C., Case No. 09-43547; Minstar, L.L.C., Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co. L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.**

4. Nothing in this order shall be construed to effect a substantive consolidation of these cases, and these cases shall not be consolidated without further order of the Court.

5. Except as provided in paragraphs 8 and 9 below, all future documents in these cases shall bear the joint administration caption noted in paragraph 3 of this order and shall be filed **only** to the case of Genmar Holdings, Inc., Case No. 09-43537.

6. Each Debtor shall file its schedules and statements and any amendment thereto in its respective case.

7. Each creditors shall file a separate claim in each case in which it holds a claim and the clerk's office shall maintain separate claims registers in each case to facilitate this process.

8. One mailing matrix shall be maintained for all cases, which Debtors' counsel shall submit, and which shall be maintained in the electronic record for Genmar Holdings, Inc., Case No. 09-43537.

9. This order is effective immediately upon entry and the Clerk of Bankruptcy Court shall enter this order on the docket of each of the above Chapter 11 cases.

Dated: June 4, 2009

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/04/2009*
Lori Vosejpka, Clerk, By NAB, Deputy Clerk