## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 |
| Genmar Holdings, Inc., *et al.*,[1] | Case No. 09-43537 |
| Debtors. | Jointly Administered |

---

## NOTICE OF HEARING AND MOTION FOR ALLOWANCE
## OF SECTION 503(B)(9) ADMINISTRATIVE EXPENSE

---

TO:     The United States Trustee and other entities specified in Local Rule 9013-3(a)(2)

1.      Joseph T. Ryerson & Son, Inc. ("Ryerson"), a creditor and party in interest in the above-captioned Chapter 11 cases of Genmar Holdings, Inc., *et al.*, (the "Debtors"), moves this Court for the relief requested below and give notice of hearing.

2.      The Court will hold a hearing on this Motion at **10:00 a.m. on Thursday, July 23, 2009** in Courtroom No. 2B, at the United States Courthouse, at 316 North Robert Street, St. Paul, Minnesota.

3.      Any response to this Motion must be filed and served by delivery not later than **July 20, 2009**, which is three (3) days before the time set for the hearing (excluding Saturdays, Sundays and legal holidays) or served and filed by mail not later than **July 14, 2009**, which is seven (7) days before the time set for the hearing (excluding Saturdays, Sundays and legal

---

[1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-33539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP, L.L.C., Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, L.L.C., Case No. 09-43547; Minstar, L.L.C., Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co. L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.

holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

## Background

4.     On June 1, 2009, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Petition Date").

5.     The Debtors are continuing in possession of their property and are managing their businesses, as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

## Jurisdiction And Venue

6.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The venue of the Debtors' chapter 11 cases and this Motion are proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Ryerson's Administrative Expense Claim

7.     Ryerson is one of North America's leading distributors and processors of metals. In addition to its vast inventories, Ryerson offers a complete line of processing capabilities to produce anything from simple shapes to complex sub-assemblies.

8.     Prior to the Petition Date, the Debtors purchased metal product from Ryerson in the ordinary course of their businesses.

9.     Prior to the Petition Date, Ryerson would ship metal product to the Debtors in the ordinary course of business for use by the Debtors in their manufacturing processes.

10.     As of the Petition Date, the Debtors owed Ryerson $5,679.92 for prepetition deliveries of metal product.

11.     In the twenty (20) days preceding the Petition Date (the "503(b)(9) Period"), (a)

Ryerson sold to the Debtors no less than $1,942.25 in metal products in the ordinary course of business of which no less than $1,942.25 remained unpaid as of the Petition Date (the "503(b)(9) Goods") and (b) the Debtors purchased the 503(b)(9) Goods in the ordinary course of their business.

12.     The invoices and delivery receipts for the 503(b)(9) Goods are appended hereto as Group Exhibit A.

## Relief Requested

13.     By this Motion, Ryerson requests that the Court enter an order allowing an administrative expense claim in this case (the "503(b)(9) Administrative Expense Claim") for the full value of the goods delivered by Ryerson to the Debtors during the 503(b)(9) Period as permitted by 11 U.S.C. § 503(b)(9).

## Basis For Relief

14.     Pursuant to Section 503(b)(9) of the Bankruptcy Code, "[a]fter notice and a hearing, there shall be allowed administrative expenses … including – (9) the value of any goods received by the debtor within 20 days before the commencement of a case under this title in which goods would have been sold to the debtor in the ordinary course of such debtor's business."

15.     The 503(b)(9) Goods were (i) ordered in the ordinary course of the Debtors' business and (ii) sold by Ryerson to the Debtors in the ordinary course of business.  Accordingly, pursuant to Section 503(b)(9), Ryerson is entitled to an allowed administrative expense claim for the full value of the goods delivered by Ryerson to the Debtors during the 503(b)(9) Period in the amount of $1,942.25.

WHEREFORE, for the foregoing reasons, Ryerson respectfully requests the entry of an order:

(i)     Allowing the 503(b)(9) Administrative Expense Claim for the full value of the goods delivered by Ryerson to the Debtors during the 503(b)(9) Period; and

(ii)    Granting Ryerson such other and further relief as is just and proper.

Dated this 26th day of June, 2009          MANTY & ASSOCIATES, P.A.

By /e/ Jacqueline D. Kuiper
Nauni Manty (230352)
Jacqueline D. Kuiper (0389387)
Manty & Associates, P.A.
510 First Avenue North #305
Minneapolis, MN 55403
Telephone: (612) 340-7950
Fax:  (612) 746-0310
nauni@mantylaw.com
jacqueline@mantylaw.com

ATTORNEYS FOR JOSEPH T. RYERSON & SON, INC.

Exhibit A

# ORIGINAL INVOICE

REMIT TO

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036
FED ID: 36-1717960

| Your Order No. 141826 | Your release No. | F.O.B. DEST | INVOICE NO. |
|---|---|---|---|
| VIA OUR TRUCK-LOCAL | P-Ppd. C-Col. P | Date Shipped 05/11/09 | Date Invoiced 05/11/09 | 3192818 |

LITTLE ROCK        (501) 490-2255

▲ PLEASE REFER TO
THIS NUMBER
WHEN REMITTING
OR CORRESPONDING

SOLD TO

2457660   00   00000739   00001040

WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN AR  72634-0179

SHIP TO

WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN           AR  72634

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| 2 X 2 X 1/4 STRUC STEEL TUBE  LENGTH: 20 FT | 240   FT  12 | 2.2862  FT | 548.69 |
| CUST PART NO: 9514063 | | | |
| FUEL SURCHARGE | | | 2.08 |

| | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| IF PAID WITHIN 10 DAYS DEDUCT NET 30 DAYS ▶ | 2.74 | 548.69 | 2.08 | .00 | .00 | .00 | 550.77 |

DETACH HERE AND RETURN WITH YOUR PAYMENT

| Your Order No. 141826 | Your Release No. | F.O.B DEST | INVOICE NO. |
|---|---|---|---|
| VIA OUR TRUCK-LOCAL | P-Ppd. C-Col. P | Date Shipped 05/11/09 | Date Invoiced 05/11/09 | 3192818 |

| Customer Number 3111742 | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| | 2.74 | 548.69 | 2.08 | .00 | .00 | .00 | 550.77 |

SOLD TO  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN        AR 72634

Remit To:

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036



# DELIVERY RECEIPT

OUR TRUCK-LOCAL    TRLR#  143
PRE-PAID

P.O BOX 34287
LITTLE ROCK, AR    72203-4287
Ph: (501) 490-2255    FAX: (501) 490-5202

**Delivery Date:** 05/09/2009
**Promise Date:** 05/11/2009

**Sold To:**  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN, AR   72634

**Ship To:**  WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN, AR   72634

Cust. #:  3111742
Phone:  (870)453-2222
Contact:  CHARLES
Fax:  870-704-2471

**Invoice #:**  3192818
**Customer P/O #:**  141826
**P/O Release #:**
**Manifest #:**  3190875  A
**Route #:**  086-002
**Sales Contact:**  JIM LONG

**Special Instructions:**
MATERIAL MUST HAVE 4 BANDS.
25 PCS PER BUNDLE ON 1/8& 3/16 &1/4 THICK FLAT BARS W/
2 PCS 2" SQ TU 1/4 X 20 BANDED ON EACH BUNDLE
RECEIVING HRS:  M-F  8:00A-5:00P
PKG'G INSTR:  BUNDLE    UNLOAD:  MANUAL

| Line Item | Quantity Ordered | Description | | Quantity Shipped | Number Pkgs. | Price |
|---|---|---|---|---|---|---|
| 1 23288 | 12  EA | 2 X 2 X 1/4 STRUC STEEL TUBE  Length:  20 FT<br>Cust. Part #:  9514063<br>Bndl 1:    1298 lbs.    Heat#:  S90672 | | 240  ft.<br>1298 lbs.<br>12  pcs. | 1 | $548.69 |
| | | | | | | |
| | | **ORDER TOTAL** | | 1298  lbs.<br>12  pcs. | 1 | $548.69 |

Customer Signature        Date

Delivered By

Add'l Charges:    2.08
Tax:
----------------
Total Due:    $550.77

Signature by customer verifies material delivered is correct and in good condition. Claims or shortages must be reported within 3 days of receipt. This material cannot be returned without our permission. Returned material is subject to handling charges. Conditions of sale are set out on quotations, confirmations and invoices we have previously sent you.   Your signature here is evidence that you have read the conditions of sale and agree to them.

# ORIGINAL INVOICE

| Your Order No. | Your release No. | | F.O.B. | INVOICE NO. |
|---|---|---|---|---|
| 141948 | | | DEST | |
| VIA | | P-Ppd. C-Col. | Date Shipped | Date Invoiced | |
| OUR TRUCK-LOCAL | | P | 05/13/09 | 05/13/09 | 3193236 |

**REMIT TO**

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036
FED ID: 36-1717960

LITTLE ROCK       (501) 490-2255

⚠
PLEASE REFER TO
THIS NUMBER
WHEN REMITTING
OR CORRESPONDING

**SOLD TO**

2458219  00  00000891  00001185

WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN AR  72634-0179

*SHIP TO*

WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN          AR  72634

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| 5/8 DIA 304/304L CFA S/S ROUND BAR | 72  FT | 1.3296 | 95.73 |
| LENGTH: 12 FT R/L | 6 | FT | |
| CUST PART NO: 9516050 | | | |
| FUEL SURCHARGE | | | .12 |

| IF PAID WITHIN 10 DAYS DEDUCT NET 30 DAYS | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| | .48 | 95.73 | .12 | .00 | .00 | .00 | 95.85 |

*D E T A C H   H E R E   A N D   R E T U R N   W I T H   Y O U R   P A Y M E N T*

| Your Order No. | Your Release No. | | F.O.B | INVOICE NO. |
|---|---|---|---|---|
| 141948 | | | DEST | |
| VIA | | P-Ppd. C-Col. | Date Shipped | Date Invoiced | |
| OUR TRUCK-LOCAL | | P | 05/13/09 | 05/13/09 | 3193236 |

| Customer Number | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 3111742 | .48 | 95.73 | .12 | .00 | .00 | .00 | 95.85 |

SOLD TO  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN          AR 72634

Remit To:

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036



# DELIVERY RECEIPT

P.O BOX 34287
LITTLE ROCK, AR   72203-4287
Ph: (501) 490-2255    FAX: (501) 490-5202

**Delivery Date:** 05/13/2009
**Promise Date:** 05/13/2009

OUR TRUCK-LOCAL    TRLR# 143
PRE-PAID

**Sold To:**   WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN, AR   72634

**Ship To:**   WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN, AR   72634

**Cust. #:**   3111742
**Phone:**   (870)453-2222
**Contact:**   CHARLES
**Fax:**   870-704-2471

**Invoice #:**   3193236
**Customer P/O #:**   141948
**P/O Release #:**
**Manifest #:**   3190919   A
**Route #:**   191-008
**Sales Contact:**   JIM LONG

**Special Instructions:**
MATERIAL MUST HAVE 4 BANDS.
25 PCS PER BUNDLE ON 1/8& 3/16 &1/4 THICK FLAT BARS W/
2 PCS 2" SQ TU 1/4 X 20 BANDED ON EACH BUNDLE
RECEIVING HRS: M-F 8:00A-5:00P
PKG'G INSTR: BUNDLE    UNLOAD: MANUAL

| Line Item | Quantity Ordered | Description | Quantity Shipped | Number Pkgs. | Price |
|---|---|---|---|---|---|
| 1<br>26836 | 8  EA | 5/8 DIA 304/304L CFA S/S ROUND BAR    Length:  12 FT R/L<br>Cust. Part #:  9516050                                    GREEN<br>Bndl 1:    73 lbs.    Heat#: 4MPA | 72  ft.<br>73  lbs.<br>6  pcs. | 1 | $95.73 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | **ORDER TOTAL** | 73  lbs.<br>6  pcs. | 1 | $95.73 |

**Customer Signature**     **Date**     **Delivered By**

Add'l Charges:    .12
Tax:
Total Due:    $95.85

Signature by customer verifies material delivered is correct and in good condition. Claims or shortages must be reported within 3 days of receipt. This material cannot be returned without our permission. Returned material is subject to handling charges. Conditions of sale are set out on quotations, confirmations and invoices we have previously sent you. Your signature here is evidence that you have read the conditions of sale and agree to them.

# ORIGINAL INVOICE

| Your Order No. | Your release No. | | F.O.B. | INVOICE NO. |
|---|---|---|---|---|
| 142013 | | | DEST | |
| VIA | | P-Ppd. C-Col. | Date Shipped | Date Invoiced | |
| OUR TRUCK-LOCAL | | P | 05/13/09 | 05/13/09 | 3193488 |

**REMIT TO**

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036
FED ID: 36-1717960

LITTLE ROCK          (501) 490-2255

⚠
PLEASE REFER TO
THIS NUMBER
WHEN REMITTING
OR CORRESPONDING

*SOLD TO*

2458219   00   00000891   00001186

WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN AR  72634-0179

*SHIP TO*

WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN          AR  72634

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| 1/4 X 2 A-36 HR STEEL FLAT BAR | 400   FT | .7748 | 309.92 |
| LENGTH: 20 FT | 20 | FT | |
| CUST PART NO: 9510044 | | | |
| FUEL SURCHARGE | | | 1.09 |

| | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| IF PAID WITHIN 10 DAYS DEDUCT NET 30 DAYS ▶ | 1.55 | 309.92 | 1.09 | .00 | .00 | .00 | 311.01 |

*DETACH HERE AND RETURN WITH YOUR PAYMENT*

| Your Order No. | Your Release No. | | F.O.B | INVOICE NO. |
|---|---|---|---|---|
| 142013 | | | DEST | |
| VIA | | P-Ppd. C-Col. | Date Shipped | Date Invoiced | |
| OUR TRUCK-LOCAL | | P | 05/13/09 | 05/13/09 | 3193488 |

| Customer Number | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 3111742 | 1.55 | 309.92 | 1.09 | .00 | .00 | .00 | 311.01 |

*SOLD TO*  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN          AR 72634

*Remit To:*

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036



# DELIVERY RECEIPT

P.O BOX 34287
LITTLE ROCK, AR  72203-4287
Ph: (501) 490-2255   FAX: (501) 490-5202

OUR TRUCK-LOCAL   TRLR# 143
PRE-PAID

**Delivery Date:** 05/13/2009
**Promise Date:** 05/13/2009

**Sold To:**  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN, AR   72634

**Ship To:**  WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN, AR   72634

**Cust. #:** 3111742
**Phone:** (870)453-2222
**Contact:** CHARLES
**Fax:** 870-704-2471

**Invoice #:** 3193488
**Customer P/O #:** 142013
**P/O Release #:**
**Manifest #:** 3190919  A
**Route #:** 191-008
**Sales Contact:** JIM LONG

**Special Instructions:**
MATERIAL MUST HAVE 4 BANDS.
25 PCS PER BUNDLE ON 1/8& 3/16 &1/4 THICK FLAT BARS W/
2 PCS 2" SQ TU 1/4 X 20 BANDED ON EACH BUNDLE
RECEIVING HRS:  M-F  8:00A-5:00P
PKG'G INSTR:  BUNDLE    UNLOAD: MANUAL

| Line Item | Quantity Ordered | Description | Quantity Shipped | Number Pkgs. | Price |
|---|---|---|---|---|---|
| 1 23754 | 20   EA | 1/4 X 2 A-36 HR STEEL FLAT BAR          Length:  20 FT<br>Cust. Part #:  9510044<br>Bndl 1:    680 lbs.    Heat#:  JW0910108901 | 400  ft.<br>680  lbs.<br>20  pcs. | 1 | $309.92 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | **ORDER TOTAL** | | 680  lbs.<br>20  pcs. | 1 | $309.92 |

**Customer Signature**        **Date**        **Delivered By**

Add'l Charges:   1.09
Tax:
--------------
**Total Due:**   $311.01

Signature by customer verifies material delivered is correct and in good condition. Claims or shortages must be reported within 3 days of receipt. This material cannot be returned without our permission. Returned material is subject to handling charges. Conditions of sale are set out on quotations, confirmations and invoices we have previously sent you.  Your signature here is evidence that you have read the conditions of sale and agree to them.

# ORIGINAL INVOICE

| Your Order No. 141948 | Your release No. | F.O.B. DEST | INVOICE NO. |
|---|---|---|---|
| VIA OUR TRUCK-LOCAL | P-Ppd. C-Col. P | Date Shipped 05/18/09 | Date Invoiced 05/18/09 | 3193492 |

**REMIT TO**

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036
FED ID: 36-1717960

LITTLE ROCK          (501) 490-2255

**△**
PLEASE REFER TO
THIS NUMBER
WHEN REMITTING
OR CORRESPONDING

**SOLD TO**

2458879    00    00000767    00001074

WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN AR  72634-0179

**SHIP TO**

WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN            AR  72634

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| 5/8 DIA 304/304L CFA S/S ROUND BAR LENGTH: 12 FT R/L | 36  FT   3 | 1.3296 FT | 47.87 |
| FUEL SURCHARGE | | | .06 |

| | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| IF PAID WITHIN 10 DAYS DEDUCT NET 30 DAYS ▶ | .24 | 47.87 | .06 | .00 | .00 | .00 | 47.93 |

## DETACH HERE AND RETURN WITH YOUR PAYMENT

| Your Order No. 141948 | Your Release No. | F.O.B DEST | INVOICE NO. |
|---|---|---|---|
| VIA OUR TRUCK-LOCAL | P-Ppd. C-Col. P | Date Shipped 05/18/09 | Date Invoiced 05/18/09 | 3193492 |

| Customer Number 3111742 | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| | .24 | 47.87 | .06 | .00 | .00 | .00 | 47.93 |

SOLD TO  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN         AR 72634

Remit To:

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036



# DELIVERY RECEIPT

P.O BOX 34287
LITTLE ROCK, AR   72203-4287
Ph: (501) 490-2255    FAX: (501) 490-5202

**Delivery Date:** 05/17/2009
**Promise Date:** 05/18/2009

OUR TRUCK-LOCAL    TRLR# 143
PRE-PAID

**Sold To:**  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN, AR   72634

**Ship To:**  WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN, AR   72634

**Cust. #:** 3111742
**Phone:** (870)453-2222
**Contact:** CHARLES
**Fax:** 870-704-2471

**Invoice #:** 3193492
**Customer P/O #:** 141948
**P/O Release #:**
**Manifest #:** 3190975  A
**Route #:** 191-009
**Sales Contact:** JIM LONG

**Special Instructions:**
MATERIAL MUST HAVE 4 BANDS.
25 PCS PER BUNDLE ON 1/8& 3/16 &1/4 THICK FLAT BARS W/
2 PCS 2" SQ TU 1/4 X 20 BANDED ON EACH BUNDLE
RECEIVING HRS: M-F  8:00A-5:00P
PKG'G INSTR: BUNDLE    UNLOAD: MANUAL

| Line Item | Quantity Ordered | Description | | Quantity Shipped | Number Pkgs. | Price |
|---|---|---|---|---|---|---|
| 1 26836 | 3  EA | 5/8 DIA 304/304L CFA S/S ROUND BAR  Length: 12 FT R/L  Bndl 1:    38 lbs.    Heat#: 4XFP | GREEN | 36  ft.  38  lbs.  3  pcs. | 1 | $47.87 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | **ORDER TOTAL** | | | 38  lbs.  3  pcs. | 1 | $47.87 |

Customer Signature _____ 5-18-09 Date _____  Delivered By _____

**Add'l Charges:** .06
**Tax:**
**Total Due:** $47.93

Signature by customer verifies material delivered is correct and in good condition. Claims or shortages must be reported within 3 days of receipt. This material cannot be returned without our permission. Returned material is subject to handling charges. Conditions of sale are set out on quotations, confirmations and invoices we have previously sent you.  Your signature here is evidence that you have read the conditions of sale and agree to them.

# ORIGINAL INVOICE

| Your Order No. | Your release No. | | F.O.B. | INVOICE NO. |
|---|---|---|---|---|
| 142189 000 | | | DEST | |
| VIA | P-Ppd. C-Col. | Date Shipped | Date Invoiced | |
| OUR TRUCK-LOCAL | P | 05/20/09 | 05/20/09 | 3194196 |

LITTLE ROCK        (501) 490-2255

▲

PLEASE REFER TO
THIS NUMBER
WHEN REMITTING
OR CORRESPONDING

**REMIT TO**

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036
FED ID: 36-1717960

**SOLD TO**

2459582   00   00000822   00001118

WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN AR   72634-0179

**SHIP TO**

WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN            AR   72634

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | | UNIT PRICE / UNIT OF MEASURE | | AMOUNT |
|---|---|---|---|---|---|
| 7/8 OD X.635 ID(.120 WALL)DOM TUBE | 24 | FT | 2.6000 | | 62.40 |
| LENGTH: 17/24 FT | | 1 | | FT | |
| CUST PART NO: 9514153 | | | | | |
| 1/8 X 1-1/2 HR STEEL STRIP | 1000 | FT | .2484 | | 248.40 |
| LENGTH: 20 FT | | 50 | | FT | |
| CUST PART NO: 9510076 | | | | | |
| FUEL SURCHARGE | | | | | 1.06 |

| | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| IF PAID WITHIN 10 DAYS DEDUCT NET 30 DAYS | 1.55 | 310.80 | 1.06 | .00 | .00 | .00 | 311.86 |

*DETACH HERE AND RETURN WITH YOUR PAYMENT*

| Your Order No. | Your release No. | | F.O.B. | INVOICE NO. |
|---|---|---|---|---|
| 142189 000 | | | DEST | |
| VIA | P-Ppd. C-Col. | Date Shipped | Date Invoiced | |
| OUR TRUCK-LOCAL | P | 05/20/09 | 05/20/09 | 3194196 |

| Customer Number | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 3111742 | 1.55 | 310.80 | 1.06 | .00 | .00 | .00 | 311.86 |

**SOLD TO**  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN          AR 72634

Remit To:

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036



# DELIVERY RECEIPT

P.O BOX 34287
LITTLE ROCK, AR   72203-4287
Ph: (501) 490-2255   FAX: (501) 490-5202

OUR TRUCK-LOCAL   TRLR# 132
PRE-PAID

**Delivery Date:** 05/20/2009
**Promise Date:** 05/20/2009

**Sold To:**  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN, AR   72634

**Ship To:**  WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN, AR   72634

**Cust. #:** 3111742
**Phone:** (870)453-2222
**Contact:** CHARLES THOMPSON
**Fax:** 870-704-2467

**Invoice #:** 3194196
**Customer P/O #:** 142189 000
**P/O Release #:**
**Manifest #:** 3191018   A
**Route #:** 191-011
**Sales Contact:** SHAWN SMITH

**Special Instructions:**
MATERIAL MUST HAVE 4 BANDS.
25 PCS PER BUNDLE ON 1/8& 3/16 &1/4 THICK FLAT BARS W/
2 PCS 2" SQ TU 1/4 X 20 BANDED ON EACH BUNDLE
RECEIVING HRS: M-F 8:00A-5:00P
PKG'G INSTR: BUNDLE   UNLOAD: MANUAL

| Line Item | Quantity Ordered | Description | Quantity Shipped | Number Pkgs. | Price |
|---|---|---|---|---|---|
| 1 21697 | 1 EA | 7/8 OD X.635 ID(.120 WALL)DOM TUBE  Length: 17/24 FT   GOLD <br> Cust. Part #: 9514153 <br> Bndl 1:   23 lbs.   Heat#: S820590 | 24 ft. <br> 23 lbs. <br> 1 pcs. | 1 | $62.40 |
| 2 23720 | 50 EA | 1/8 X 1-1/2 HR STEEL STRIP   Length: 20 FT <br> Cust. Part #: 9510076 . <br> Bndl 1:   638 lbs.   Heat#: 1014007 | 1000 ft. <br> 638 lbs. <br> 50 pcs. | 1 | $248.40 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **ORDER TOTAL** | 661 lbs. <br> 51 pcs. | 2 | $310.80 |

Customer Signature          Date          Delivered By

**Add'l Charges:** 1.06
**Tax:**
**Total Due:** $311.86

Signature by customer verifies material delivered is correct and in good condition. Claims or shortages must be reported within 3 days of receipt. This material cannot be returned without our permission. Returned material is subject to handling charges. Conditions of sale are set out on quotations, confirmations and invoices we have previously sent you.  Your signature here is evidence that you have read the conditions of sale and agree to them.

# ORIGINAL INVOICE

| Your Order No. 142058 | Your release No. | F.O.B. DEST | INVOICE NO. |
|---|---|---|---|
| VIA OUR TRUCK-LOCAL | P-Ppd. C-Col. P | Date Shipped 05/15/09 | Date Invoiced 05/21/09 | 3193697 |

LITTLE ROCK     (501) 490-2255

▲
PLEASE REFER TO
THIS NUMBER
WHEN REMITTING
OR CORRESPONDING

**REMIT TO**

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036
FED ID: 36-1717960

**SOLD TO**

2459794   00   00000847   00001165

WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN AR   72634-0179

**SHIP TO**

WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN                 AR   72634

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| 1-1/2 X 1-1/2 X .065 HR ERW STL TUB | 100   FT | .6362 | 63.62 |
| LENGTH: 20 FT | 5 | FT | |
| 1-1/4 X 1-1/4X 1/8 A36 HR STEEL ANG | 100   FT | .4704 | 47.04 |
| LENGTH: 20 FT | 5 | FT | |
| 1/2 DIA 1018 CF STEEL ROD | 40   FT | .3340 | 13.36 |
| LENGTH: 17/20 FT | 2 | FT | |
| FUEL SURCHARGE | | | .41 |
| **ATTN: WAYNE SEAWRIGHT | | | |
| **CUSTOMER WANTS FRIDAY DELIVERY | | | |

| | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| IF PAID WITHIN 10 DAYS DEDUCT NET 30 DAYS ► | .63 | 124.02 | .41 | .00 | .00 | .00 | 124.43 |

### DETACH HERE AND RETURN WITH YOUR PAYMENT

| Your Order No. 142058 | Your Release No. | F.O.B. DEST | INVOICE NO. |
|---|---|---|---|
| VIA OUR TRUCK-LOCAL | P-Ppd. C-Col. P | Date Shipped 05/15/09 | Date Invoiced 05/21/09 | 3193697 |

| Customer Number 3111742 | Discount .63 | Merchandise Total 124.02 | Miscellaneous .41 | Cutting .00 | Transportation .00 | Tax .00 | TOTAL INVOICE 124.43 |
|---|---|---|---|---|---|---|---|

**Remit To:**

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036

SOLD TO   WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN        AR 72634



# DELIVERY RECEIPT

P.O BOX 34287
LITTLE ROCK, AR  72203-4287
Ph: (501) 490-2255   FAX: (501) 490-5202

**Delivery Date:** 05/15/2009
**Promise Date:** 05/15/2009

OUR TRUCK-LOCAL    TRLR# 143
PRE-PAID

**Sold To:**  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN, AR  72634

**Ship To:**  WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN, AR  72634

**Cust. #:** 3111742
**Phone:** (870)453-2222
**Contact:** JUDIE GARRETT
**Fax:** 870-704-2471

**Invoice #:** 3193697

**Customer P.O #:** 142058

**P/O Release #:**

**Manifest #:** 3190954  A

**Route #:** 086-002

**Sales Contact:** JIM LONG

**Special Instructions:**
MATERIAL MUST HAVE 4 BANDS.
25 PCS PER BUNDLE ON 1/8& 3/16 &1/4 THICK FLAT BARS W/
2 PCS 2" SQ TU 1/4 X 20 BANDED ON EACH BUNDLE
RECEIVING HRS:  M-F  8:00A-5:00P
PKG'G INSTR:  BUNDLE    UNLOAD:  MANUAL
**ATTN: WAYNE SEAWRIGHT
**CUSTOMER WANTS FRIDAY DELIVERY

| Line Item | Quantity Ordered | Description | | Quantity Shipped | | Number Pkgs. | Price |
|---|---|---|---|---|---|---|---|
| 1 33743 | 5 EA | 1-1/2 X 1-1/2 X .065 HR ERW STL TUB<br>Bndl 1:   127 lbs. | Length:  20 FT | 100 ft.<br>127 lbs.<br>5 pcs. | | 1 | $63.62 |
| 2 23865 | 5 EA | 1-1/4 X 1-1/4X 1/8 A36 HR STEEL ANG<br>Bndl 1:   101 lbs.   Heat#: C806090 | Length:  20 FT | 100 ft.<br>101 lbs.<br>5 pcs. | | 1 | $47.04 |
| 3 24034 | 2 EA | 1/2 DIA 1018 CF STEEL ROD<br>Bndl 1:   27 lbs.   Heat#: 897021 | Length:  17/20 FT<br>GREEN | 40 ft.<br>27 lbs.<br>2 pcs. | | 1 | $13.36 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | **ORDER TOTAL** | | 255 lbs.<br>12 pcs. | | 3 | $124.02 |

**Add'l Charges:** .41

**Tax:**

**Total Due:** $124.43

Customer Signature    Date

Delivered By

Signature by customer verifies material delivered is correct and in good condition. Claims or shortages must be reported within 3 days of receipt. This material cannot be returned without our permission. Returned material is subject to handling charges. Conditions of sale are set out on quotations, confirmations and invoices we have previously sent you. Your signature is evidence that you have read the conditions of sale and agree to them.

# ORIGINAL INVOICE

| Your Order No. | Your release No. | | F.O.B. DEST | INVOICE NO. |
|---|---|---|---|---|
| 142217 000 | | | | |
| VIA | P-Ppd. C-Col. | Date Shipped | Date Invoiced | |
| OUR TRUCK-ORT | P | 05/20/09 | 05/21/09 | 3300654 |

LITTLE ROCK      (501) 490-2255

▲

PLEASE REFER TO
THIS NUMBER
WHEN REMITTING
OR CORRESPONDING

REMIT TO

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036
FED ID: 36-1717960

SOLD TO
2459794   00   00000847   00001164

WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN AR  72634-0179

SHIP TO

WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN                  AR  72634

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| 1-1/2 DIA 1018 CF STEEL ROD | 20   FT | 3.1900 | 63.80 |
| LENGTH: 17/20 FT | 1 | FT | |
| FUEL SURCHARGE | | | .19 |

| | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| IF PAID WITHIN 10 DAYS DEDUCT NET 30 DAYS ▶ | .32 | 63.80 | .19 | .00 | .00 | .00 | 63.99 |

*D E T A C H   H E R E   A N D   R E T U R N   W I T H   Y O U R   P A Y M E N T*

| Your Order No. | Your Release No. | | F.O.B DEST | INVOICE NO. |
|---|---|---|---|---|
| 142217 000 | | | | |
| VIA | P-Ppd. C-Col. | Date Shipped | Date Invoiced | |
| OUR TRUCK-ORT | P | 05/20/09 | 05/21/09 | 3300654 |

| Customer Number | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 3111742 | .32 | 63.80 | .19 | .00 | .00 | .00 | 63.99 |

SOLD TO  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN        AR 72634

Remit To:

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036

3111



# DELIVERY RECEIPT

P.O BOX 34287
LITTLE ROCK, AR  72203-4287
Ph: (501) 490-2255   FAX: (501) 490-5202

OUR TRUCK-ORT   TRLR# 126
PRE-PAID

**Delivery Date:** 05/27/2009
**Promise Date:** 05/27/2009

**Sold To:**  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN, AR   72634

**Ship To:**  WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN, AR   72634

**Cust. #:** 3111742
**Phone:** (870)453-2222
**Contact:** WAYNE SEAWRIGHT
**Fax:** 870-704-2467

Invoice #:  3300654
Customer P/O #:  142217 000
P/O Release #:
Manifest #:  3191099  A
Route #:  191-012
Sales Contact:  SHAWN SMITH

**Special Instructions:**
MATERIAL MUST HAVE 4 BANDS.
25 PCS PER BUNDLE ON 1/8& 3/16 &1/4 THICK FLAT BARS W/
2 PCS 2" SQ TU 1/4 X 20 BANDED ON EACH BUNDLE
RECEIVING HRS: M-F  8:00A-5:00P
PKG'G INSTR: BUNDLE    UNLOAD: MANUAL

| Line Item | Quantity Ordered | Description | Quantity Shipped | Number Pkgs. | Price |
|---|---|---|---|---|---|
| 5 24050 | 1  EA | 1-1/2 DIA 1018 CF STEEL ROD          Length:  17/20 FT<br>Bndl 1:    120 lbs.    Heat#:  11820710                 GREEN | 20  ft.<br>120  lbs.<br>1  pcs. | 1 | $63.80 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **ORDER TOTAL** | 120  lbs.<br>1  pcs. | 1 | $63.80 |

Customer Signature          Date          Delivered By

Add'l Charges:  .19
Tax:  --------------
Total Due:  $63.99

Signature by customer verifies material delivered is correct and in good condition. Claims or shortages must be reported within 3 days of receipt. This material cannot be returned without our permission. Returned material is subject to handling charges. Conditions of sale are set out on quotations, confirmations and invoices we have previously sent you.  Your signature here is evidence that you have read the conditions of sale and agree to them.

# ORIGINAL INVOICE

| Your Order No. | Your release No. | | F.O.B. | INVOICE NO. |
|---|---|---|---|---|
| 142217 000 | | | DEST | |
| VIA | P-Ppd. C-Col. | Date Shipped | Date Invoiced | |
| OUR TRUCK-LOCAL | P | 05/22/09 | 05/22/09 | 3194315 |

**REMIT TO**

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036
FED ID: 36-1717960

LITTLE ROCK    (501) 490-2255

⚠
PLEASE REFER TO
THIS NUMBER
WHEN REMITTING
OR CORRESPONDING

*SOLD TO*

2460000  00  00000771  00001063

WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN AR  72634-0179

*SHIP TO*

WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN          AR  72634

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|---|
| 11GA HRCQ STEEL SHEET DRY | 500 | LB | .2804 | 140.20 |
| WIDTH: 60          LENGTH: 120 | | 2 | LB | |
| 11GA HRCQ STEEL SHEET DRY | 320 | LB | .2804 | 89.73 |
| WIDTH: 48          LENGTH: 96 | | 2 | LB | |
| 3 X 3 X 3/16 A36 HR STEEL ANGLE | 148 | LB | .4006 | 59.29 |
| LENGTH: 20 FT | | 2 | LB | |
| 3 X 6 X 1/4 STRUC STEEL TUBE | 20 | FT | 7.2600 | 145.20 |
| LENGTH: 240.0000 IN | | 1 | FT | |
| FUEL SURCHARGE | | | | 1.99 |

| | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| IF PAID WITHIN 10 DAYS DEDUCT NET 30 DAYS ▶ | 2.18 | 434.42 | 1.99 | .00 | .00 | .00 | 436.41 |

*DETACH HERE AND RETURN WITH YOUR PAYMENT*

| Your Order No. | Your Release No. | | F.O.B | INVOICE NO. |
|---|---|---|---|---|
| 142217 000 | | | DEST | |
| VIA | P-Ppd. C-Col. | Date Shipped | Date Invoiced | |
| OUR TRUCK-LOCAL | P | 05/22/09 | 05/22/09 | 3194315 |

| Customer Number | Discount | Merchandise Total | Miscellaneous | Cutting | Transportation | Tax | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 3111742 | 2.18 | 434.42 | 1.99 | .00 | .00 | .00 | 436.41 |

*SOLD TO*  WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN          AR 72634

Remit To:

JOSEPH T. RYERSON & SON
P.O. BOX 731036
DALLAS TX 75373-1036

3111



# DELIVERY RECEIPT

P.O BOX 34287
LITTLE ROCK, AR   72203-4287
Ph: (501) 490-2255   FAX: (501) 490-5202

**Delivery Date:** 05/22/2009
**Promise Date:** 05/22/2009

OUR TRUCK-LOCAL   TRLR# 132
PRE-PAID

**Sold To:** WOOD MANUFACTURING COMPANY
PO BOX 179
FLIPPIN, AR   72634

**Ship To:** WOOD MANUFACTURING CO.
HIGHWAY 178 NORTH
FLIPPIN, AR   72634

**Cust. #:** 3111742
**Phone:** (870)453-2222
**Contact:** WAYNE SEAWRIGHT
**Fax:** 870-704-2467

**Invoice #:** 3194315
**Customer P/O #:** 142217 000
**P/O Release #:**
**Manifest #:** 3191058   A
**Route #:** 191-008
**Sales Contact:** SHAWN SMITH

**Special Instructions:**
MATERIAL MUST HAVE 4 BANDS.
25 PCS PER BUNDLE ON 1/8& 3/16 &1/4 THICK FLAT BARS W/
2 PCS 2" SQ TU 1/4 X 20 BANDED ON EACH BUNDLE
RECEIVING HRS:  M-F  8:00A-5:00P
PKG'G INSTR:  BUNDLE   UNLOAD:  MANUAL

| Line Item | Quantity Ordered | Description | | Quantity Shipped | Number Pkgs. | Price |
|---|---|---|---|---|---|---|
| 1 24901 | 2 EA | 11GA HRCQ STEEL SHEET DRY<br>Bndl 1:   500 lbs.   Heat#: X | 60 x 120 | 500 lbs.<br><br>2 pcs. | 1 S | $140.20 |
| 2 24898 | 2 EA | 11GA HRCQ STEEL SHEET DRY<br>Bndl 1:   320 lbs.   Heat#: X | 48 x 96 | 320 lbs.<br><br>2 pcs. | 1 S | $89.73 |
| 3 23897 | 2 EA | 3 X 3 X 3/16 A36 HR STEEL ANGLE<br>Bndl 1:   148 lbs.   Heat#: JW0910165103 | Length: 20 FT | 148 lbs.<br><br>2 pcs. | 1 | $59.29 |
| 4 23442 | 1 EA | 3 X 6 X 1/4 STRUC STEEL TUBE<br>Bndl 1:   278 lbs.   Heat#: A910338<br>Length: 240.0000  +.063 / -.063 | | 20 ft.<br>278 lbs.<br>1 pcs. | 1 | $145.20 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **ORDER TOTAL** | | 1246 lbs.<br>7 pcs. | 4 | $434.42 |

**Customer Signature** _____
**Date** 5-22-09
**Delivered By** _____

Add'l Charges: 1.99
Tax: -----------
**Total Due:** $436.41

Signature by customer verifies material delivered is correct and in good condition. Claims or shortages must be reported within 3 days of receipt. This material cannot be returned without our permission. Returned material is subject to handling charges. Conditions of sale are set out on quotations, confirmations and invoices we have previously sent you.  Your signature here is evidence that you have read the conditions of sale and agree to them.

## VERIFICATION

I, Leslie M. Allison, am a Credit Analyst for Joseph T. Ryerson & Son, Inc.  Based upon my personal information and belief, I declare under penalty of perjury that the facts set forth in the preceding Motion are true and correct, according to the best of my knowledge, information and belief.


Dated: June 18 , 2009             Signed: _Leslie M. Allison_____
                                          Leslie M. Allison

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 |
| Genmar Holdings, Inc., *et al.*,[1] | Case No. 09-43537 |
| Debtors. | Jointly Administered |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ALLOWANCE OF SECTION 503(B)(9) ADMINISTRATIVE EXPENSE

## INTRODUCTION

Joseph T. Ryerson & Son, Inc. ("Ryerson"), submits this Memorandum of Law in support of its motion for an order allowing an administrative expense claim in this case (the "503(b)(9) Administrative Expense Claim") for the full value of the goods delivered by Ryerson to the Debtors during the 503(b)(9) Period as permitted by 11 U.S.C. § 503(b)(9) (the "Motion").

## BACKGROUND

The facts in support of the relief requested are set forth in the verified Motion. All capitalized terms have the meaning ascribed in the Motion.

## ARGUMENT

Ryerson has submitted its Motion pursuant to § 503(b)(9), which provides:

> After notice and a hearing, there shall be allowed administrative expenses ... including – (9) the value of any goods received by the debtor within 20 days

---

[1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP, L.L.C., Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, L.L.C., Case No. 09-43547; Minstar, L.L.C., Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co. L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.

> before the date of commencement of a case under this title in which the goods
> have been sold to the debtor in the ordinary course of such debtor's business.

11 U.S.C. § 503(b)(9). Section 503(b)(9) is newly created by The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, S. 256, Pub.L.No. 109-8, 119 Stat. 23 (2005).  Creditor claims of this type are given a second priority pursuant to § 507(a)(2) of the Code.

Under section 503(b)(9) of the Bankruptcy Code, claims for the value of goods received by a debtor in the ordinary course of its business during the 20-day period immediately prior to the petition date are entitled to administrative priority status (the "Twenty-Day Administrative Claims").  The 503(b)(9) Goods were (i) ordered in the ordinary course of the Debtors' businesses and (ii) sold by Ryerson to the Debtors in the ordinary course of business.  As administrative claims incurred in the ordinary course of the Debtors' business, the Debtors arguably are authorized to pay Twenty-Day Administrative Claims pursuant to sections 363(c)(1) of the Bankruptcy Code without the need for court approval.  However, virtually ever chapter 11 debtor with valid Twenty-Day Administrative Claims has only paid such claims after entry of an order allowing a particular claim or after the entry of an order establishing a procedure for the processing and payment of all of such debtor's Twenty-Day Administrative Claims on a global basis.

Section 503 does not specify a time for payment of these expenses but administrative expenses must be paid in full on the effective date of the plan as provided in § 1129(a)(9).  When a claimant timely files a request for payment of an administrative expense under § 503(a), the timing of the payment of that administrative expense claim is left to the discretion of the Court. *In re Garden Ridge Corporation*, 323 B.R. 136 (Bankr. D. Del. 2005); *In re Colortex Industries, Inc.*, 19 F.3d 1371, 1348 (11th Cir. 1994); *In re Continental Airlines, Inc.*, 146 B.R. 520, 531 (Bankr. D. Del. 1992). "In making this determination, one of the chief factors courts consider is

bankruptcy's goal of an orderly and equal distribution among creditors and the need to prevent a race to a debtor's assets." *In re HQ Global Holdings, Inc*., 282 B.R. 169 (Bankr. D. Del. 2002). Distributions to administrative claimants are generally disallowed prior to confirmation if there is a showing that the bankruptcy estate may not be able to pay all of the administrative expenses in full. *Id*.

Courts will also consider the particular needs of each administrative claimant and the length and expense of the case's administration. *Id*. "To qualify for exceptional immediate payment, a creditor must show that 'there is a necessity to pay and not merely that the Debtor has the ability to pay.'" *In re Continental Airlines, Inc.*, 146 B.R. at 531 (quoting *In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 179-79 (Bankr. S.D.N.Y. 1989)); *See also* Alan N. Resnick, *The Future of Chapter 11: A Symposium Cosponsored by the American College of Bankruptcy: The Future of the Doctrine of Necessity and Critical Vendor Payments in Chapter 11 Cases*, 47 B.C.L. Rev 183, 204-205 (2005) (Section 503 (b)(9) "is a rule of priority, rather than payment."

At this time, Ryerson seeks only allowance of its 503(b)(9) Administrative Expense Claim, not immediate payment thereof. However, should the Debtors seek to pay other Twenty-Day Administrative Claims prior to the effective date of a plan of reorganization in this case, Ryerson reserves the right to seek similar treatment of its 503(b)(9) Administrative Expense Claim at an appropriate time.

## <u>CONCLUSION</u>

For the foregoing reasons, Ryerson respectfully requests that this Court enter an order granting the relief requested in the Motion.

Dated this 26th day of June, 2009          MANTY & ASSOCIATES, P.A.

By */e/ Jacqueline D. Kuiper*
Nauni Manty (230352)
Jacqueline D. Kuiper (0389387)
Manty & Associates, P.A.
510 First Avenue North #305
Minneapolis, MN 55403
Telephone: (612) 340-7950
Fax:  (612) 746-0310
nauni@mantylaw.com
jacqueline@mantylaw.com

ATTORNEYS FOR JOSEPH T. RYERSON &
SON, INC.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                          Chapter 11

Genmar Holdings, Inc., *et al.*,[1]                             Case No. 09-43537

                    Debtors.                                    Jointly Administered

---

## UNSWORN CERTIFICATE OF SERVICE

---

     I, Nancy Jaeckels, declare under penalty of perjury that on June 26, 2009, I mailed copies of the attached **Notice of Hearing and Motion for Allowance of Section 503(b)(9) Administrative Expense, Memorandum of Law, and Order** for each party or entity below:

Alan Kildow   alan.kildow@dlapiper.com
Kevin Hofman khofman@halleland.com
Jackson Walker, LLP econway@jw.com
Faye Knowles fknowles@fredlaw.com
Lara Glaesman lara.glaesman@fmjlaw.com
David Runck david.runck@fmjlaw.com
James E. Sorenson bk@wggdlaw.com
Thomas Lallier tlallier@foleymansfiled.com
Jeffrey D. Klobucar jklobucar@foleymansfield.com
Kendall L. Bader kbader@fredlaw.com
James L. Baillie jbaillie@fredlaw.com
Clinton E. Cutler ccutler@fredlaw.com
Douglas W. Kassebaum dkasebaum@fredlaw.com
Ryan Murphy rmurphy@fredlaw.com
Cynthia Jordan Lowery cynthialowery@mvalaw.com
Larry B. Ricke rickel@srsg.net
Kevin M. Newman knewman@menterlaw.com
Ivan M. Levy ilevy@interplastic.com
David D. Heim dheim@grjn.com
Aaron Z. Tobin aaront@andersonjoneslaw.com

---

[1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP, L.L.C., Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, L.L.C., Case No. 09-43547; Minstar, L.L.C., Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co. L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.

Joseph A. Nilan jnilan@grjn.com
Jane Welch jwelch@morrisonfenske.com
Kenneth Corey-Edstrom kcoreyedstrom@larkinhoffman.com
Paul L. Ratelle pratelle@fwhtlaw.com
Brian Leonard bleonard@losgs.com
Phillip Bohl phillip.bohl@gpmlaw.com
William Fisher william.fisher@gpmlaw.com
Henry T. Wang henry.wang@cpmlaw.com
Cass Weil weilc@moss-barnett.com
US Trustee ustpregion12.mn.ecf@usdoj.gov
Sarah.J.Wencil@usdoj.gov
Sarah E. Doerr doerrsarah@moss-barnett.com
John K. Rossman rossmanj@moss-barnett.com
Ralph Mitchell rmitchell@lapplibra.com
Rodney and Barbara Voisine kivitzliptz2@esarthlink.net
Sara L. Bruggeman sbruggeman@faegre.com
Dennis M. Ryan dryan@faegre.com
Michael R. Stewart mstewart@faegre.com
Timothy D. Moratzka tdm@mcmlaw.com
Maura I. Russell mrussell@ebglaw.com
Steven Fox sfox@ebglaw.com

| | |
|---|---|
| Rose Cardinal<br>Tie Dawn Enginerring, Inc.<br>255 Villanova Drive<br>Atlanta, GA 30336 | United States Trustee<br>1015 U.S. Courthouse<br>300 So. Fourth St.<br>Minneapolis, MN 55415<br>(*Via electronic filing*) |
| Dometic Corp<br>2000 N Andrews Ave Ext<br>Pompano Beach, FL 33069 | IBM Corporation<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181 |
| Marcia Kull<br>Volvo Penta of the Americas, Inc.<br>1300 Volvo Penta Drive<br>Chesapeake, VA 23320 | John Pugh<br>Marine Hardware, Inc.<br>PO Box 3099<br>14560 NE 91st Street<br>Redmond, WA 98052 |
| Steven J Cohen<br>Wachtel & Masyr LLP<br>110 E 59th Street, 27th Floor<br>New York, NY 10022 | Richard Schwenk<br>Telelex, Inc.<br>640 North Lewis Road<br>Limerick, PA 19468 |
| Lester Turchin<br>Dometic Corporation<br>2000 North Andrews Avenue<br>Pompano Beach, FL 33069 | Gary Potter<br>EZ Loader Boat Trailers<br>PO Box 270<br>6533 Hwy 126N<br>Midway, AR 42651 |

| | |
|---|---|
| Gregory M. Luyt<br>Bowerman, Bowden, Ford Clulo & Luyt Co<br>620-A Woodmere<br>Traverse City, MI 49686 | Paul Traub<br>Epstein Becker & Green PC<br>250 Park Ave<br>New York, NY 10177 |
| Timothy MacEachern<br>Inland Plywood Company<br>375 N Cass Avenue<br>Pointiac, MI 33069 | IBM Credit LLC<br>Andy Gravina<br>Special Handling Group<br>4111 Northside Pkwy<br>Atlanta, GA 30327 |
| Manchester Companies Inc.<br>4700 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402 | Sidley<br>1 S Dearborn<br>Chicago, IL 60603 |
| | Brett J. Nizzo<br>Epstein Becker & Green PC<br>250 Park Ave<br>New York, NY 10177<br>TW Telecom Inc.<br>C/O Linda Boyle<br>10475 Park Meadows Dr Suite 400<br>Littleton, CO 80124 |

Executed on:  June 26, 2009.

Signed:*/e/ Nancy Jaeckels*
Nancy Jaeckels
510 First Avenue North, Suite 305
Minneapolis, MN 55403

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                          Chapter 11

Genmar Holdings, Inc., *et al.*,[1]                             Case No. 09-43537

               Debtors.                              Jointly Administered

---

## ORDER ON MOTION OF JOSEPH T. RYERSON & SON, INC. FOR ALLOWANCE OF ITS SECTION 503(B)(9) ADMINISTRATIVE EXPENSE

---

This matter having come before the Court on the Motion of Joseph T. Ryerson & Son, Inc., pursuant to Section 503(b)(9) of Title 11, United States Code, for Allowance of its Section 503(b)(9) Administrative Expense Claim (the "Motion"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue of the Debtors' chapter 11 cases and the Motion are proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) notice of the Motion being adequate and sufficient under the circumstances and that no further notice is necessary; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion shall be, and hereby is, GRANTED.

---

[1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP, L.L.C., Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, L.L.C., Case No. 09-43547; Minstar, L.L.C., Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co. L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.

2.      Ryerson shall have an Allowed Administrative Expenses Claim for the full value

of the goods delivered to the Debtor during the 503(b)(9) Period in the amount of

$1,942.25.


                        BY THE COURT:

                        _____
                        The Honorable Dennis D. O'Brien
                        United States Bankruptcy Judge