UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 |
| Genmar Holdings, Inc., et al.[1] | Case No. 09-43537 |
| Debtors. | Jointly Administered |

**SUPPLEMENT TO DEBTORS' MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASES**

1. The above-referenced Debtors submit this supplement (the "Supplement") to their Motion for Order Extending Time to Assume or Reject Certain Non-Residential Real Property Leases filed September 11, 2009, Docket No. 402 (the "Motion").

2. The Court will hold the hearing on the Motion at 10:00 a.m. on September 24, 2009 in Courtroom No. 2B, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

3. Attached as <u>Exhibit A</u> to this Supplement is a revised list of non-residential real property leases (the "Leases") that Debtors request additional time to determine whether to assume or reject. Exhibit A to this Supplement is replaces Exhibit A from the Motion.

4. The revised list of Leases is a product of Debtors' decision to reject certain non-residential real property leases that were listed on the original Exhibit A to the Motion. Debtors have already rejected or will reject:

---

[1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP, LLC, Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, LLC, Case No. 09-43547; Minstar, LLC, Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co., L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.

> a. Two leases between Genmar Michigan LLC and BB Leasing Company;
>
> b. The lease covering property located at 4220 South Seeley Road, Cadillac, MI 49601;
>
> c. The lease between Genmar Minnesota, Inc. and Falls Distribution, Inc.;
>
> d. The lease between Genmar Yacht Group and Lori L. Stephan; and
>
> e. The lease between Genmar Yacht Group and Chester A. McDonald.

5. Debtors will file a motion with this Court seeking to approve rejection of these leases.

Dated: September 17, 2009       FREDRIKSON & BYRON, P.A.

*/s/ Ryan T. Murphy*
James L. Baillie (#3980)
Ryan T. Murphy (#311972)
Kendall L. Bader (#389001)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone (612) 492-7000
Fax (612) 492-7077
jbaillie@fredlaw.com
rmurphy@fredlaw.com
kbader@fredlaw.com

ATTORNEYS FOR DEBTORS

4620288_1

# EXHIBIT A

| DEBTOR | TYPE OF LEASE | LANDLORD |
|---|---|---|
| Carver Italia | Warehouse Rental Contract | Zonga Giannina<br>A Fano (PU) Via Martiri<br>Belfiore n.3<br>Fano, Italy |
| Carver Italia | Warehouse Rental Contract | Zonga Oriana<br>Calcinelli di Saltara (PU)<br>Via Varese n. 33<br>Fano, Italy |
| Carver Yachts | Lease Office space | Roc Fleuri<br>Attn: Henri Ghiglione<br>1, Rue du Ténao<br>Monte Carlo, MC 98000 Monaco |
| Carver Yachts | Lease office storage space | Rocazur<br>Attn: Henri Ghiglione<br>29, Boulevard d'Italie<br>Monte Carlo 98000 Monaco |
| Carver Yachts | Lease residential apartment | Madame Isabelle Albisetti<br>Le Zodiaque, 15 Avenue<br>Crovetto, 98000 Monaco |
| Carver Yachts | Lease office parking | Roc Fleuri<br>Attn: Henri Ghiglione<br>1, Rue du Ténao<br>Monte Carlo 98000 Monaco |
| Carver Yachts | Lease office space. | Roc Fleuri<br>Attn: Henri Ghiglione<br>1, Rue du Ténao<br>Monte Carlo 98000 Monaco |
| Genmar Holdings Inc. | Office Lease; First Amendment to Lease; Storage Lease | RREEF, Managing Agent<br>Eighth Street Tower Corporation<br>Attn: Corey M. Whitbeck, Leasing Manager<br>80 South Eighth Street<br>Minneapolis, MN 55402 |
| Genmar Holdings Inc. | Second Amendment to Lease | Inland American Office Management LLC, Agent<br>MB Minneapolis 8th Street, L.L.C.<br>Attn: James C. Durda, VP, GM<br>650 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 |
| Triumph Boats Inc. | Lease - building | William Golden<br>Straight Line Pie, Inc.<br>Suite C-100<br>3333 Chapel Hill Boulevard<br>Durham, NC 27707 |
| Wood Manufacturing | Airplane hanger lease | Marion County Regional Airport<br>Board of Directors<br>P.O. Box 1153<br>Flippin, AR 72634 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                    Chapter 11

Genmar Holdings, Inc., et al.[1]                                          Case No. 09-43537

           Debtors.                                          Jointly Administered

---

**CERTIFICATE OF SERVICE**

---

      Kendall L. Bader, under penalty of perjury, states that on September 17, 2009, he caused to be served the following:

1.     Supplement to Debtors' Motion for Order Extending Time to Assume or Reject Certain Non-Residential Real Property Leases; and

2.     Certificate of Service

by sending true and correct copies to all parties on the attached Service List as indicated therein.


Dated: September 17, 2009                         /s/ *Kendall L. Bader*
                                                                     Kendall L. Bader

4620329_1

---

[1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP, L.L.C., Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, L.L.C., Case No. 09-43547; Minstar, L.L.C., Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co. L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.

Genmar Holdings, Inc. and Related Debtors
SERVICE LIST – NHM – Extend Time to Assume/Reject Certain Non-Residential Real Property Leases
Bky No. 09-43537
NOTE: Served via U.S. Mail except those parties whose contact information includes an e-mail address were served via e-mail

| **US Trustee and Other Required Parties** | **Major Secured Creditors** | Textron Financial Corporation<br>Textron Financial Canada, Ltd.<br>Steven E. Fox<br>Paul Traub<br>Brett J. Nizzo<br>Maura I. Russell<br>Epstein Becker & Green PC<br>250 Park Ave<br>New York NY 10177-1211<br>sfox@ebglaw.com<br>ptraub@ebglaw.com<br>bnizzo@ebglaw.com<br>mrussell@ebglaw.com |
|---|---|---|
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415<br>ustpregion12.mn.ecf@usdoj.gov | *Wells Fargo Bank, NA*<br>Michael R. Stewart<br>Lyle Ward<br>Sara Bruggeman<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh St<br>Minneapolis MN 55402-3901<br>mstewart@faegre.com<br>LWard@faegre.com<br>sbruggeman@faegre.com | |
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 South Fourth Street<br>Minneapolis MN 55415<br>Sarah.J.Wencil@usdoj.gov | | *Yamaha Motor Corporation USA*<br>Timothy D. Moratzka, Esq.<br>1400 AT&T Tower<br>901 Marquette Ave<br>Minneapolis MN 55402<br>612-305-1414 (fax)<br>tdm@mcmlaw.com |
| IRS District Counsel<br>380 Jackson St, Ste 650<br>St Paul MN 55101-4804 | *Fifth Third Bank*<br>James Markus<br>Markus Williams Young & Zimmerman<br>1700 Lincoln St, Ste 4000<br>Denver CO 80203<br>jmarkus@markuswilliams.com | |
| Internal Revenue Service<br>Wells Fargo Place<br>30 E 7th St, Mail Stop 5700<br>St Paul MN 55101 | | **Committee of Unsecured Creditors** |
| MN Department of Revenue<br>Collection Enforcement<br>551 Bankruptcy Section<br>600 North Robert Street<br>PO Box 64447<br>St Paul MN 55101-2228 | *GE Commercial*<br>*Distribution Finance Corporation*<br>Thomas J. Lallier<br>Jeffrey D. Klobucar<br>Nathan J. Kavlie<br>Foley & Mansfield, PLLP<br>250 Marquette Ave, Ste 1200<br>Minneapolis MN 55401<br>tlallier@foleymansfield.com<br>jklobucar@foleymansfield.com<br>nkavlie@foleymansfield.com | Phillip Bohl<br>William J. Fisher<br>Henry Wang<br>Jessica A. Mitchell<br>Gray Plant Mooty Mooty & Bennett PA<br>500 IDS Ctr, 80 S 8th St<br>Minneapolis MN 55402<br>612-632-3000 (telephone)<br>612-632-4444 (fax)<br>phillip.bohl@gpmlaw.com<br>William.fisher@gpmlaw.com<br>henry.wang@gpmlaw.com<br>Jessica.mitchell@gpmlaw.com |
| US Attorney<br>600 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415 | *GE Commercial Distribution Finance*<br>Michael C. Rupe<br>Heath D. Rosenblat<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York NY 10036<br>mrupe@kslaw.com<br>hrosenblat@kslaw.com | |
| Minnesota Department of Economic Security<br>332 Minnesota St, Ste E200<br>St. Paul MN 55101-1351 | | *Special Counsel*<br>*Committee of Unsecured Creditors* |
| **Debtors** | Twin Lakes Community Bank<br>PO Box 1229<br>301 South 1st St<br>Flippin AR 72634 | Matthew A. Swanson<br>Leonard Street and Deinard<br>150 S 5th St, Ste 2300<br>Minneapolis MN 55402<br>612-335-1500 (telephone)<br>612-335-1657 (fax)<br>matthew.swanson@leonard.com |
| Genmar Holdings, Inc. and other Debtors<br>Genmar Holdings, Inc.<br>Attention: David Huls<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402-2100<br>612-337-1930 (fax)<br>david.huls@genmar.com | *Textron Financial Corporation*<br>Paul L. Ratelle<br>Fabyanske Westra Hart & Thomson PA<br>800 LaSalle Ave S, Ste 1900<br>Minneapolis MN 55402<br>612-359-7600 (telephone)<br>612-359-7602 (fax)<br>pratelle@fwhtlaw.com | **Requests for Notice** |
| | | Terry Lange<br>Hagemeyer NA<br>Financial Service Center<br>11680 Great Oaks Way<br>Alpharetta GA 30022 |

4617955_1.DOC

Genmar Holdings, Inc. and Related Debtors
SERVICE LIST – NHM – Extend Time to Assume/Reject Certain Non-Residential Real Property Leases
Bky No. 09-43537
NOTE: Served via U.S. Mail except those parties whose contact information includes an e-mail address were served via e-mail

*Hagemeyer NA*
Cynthia J. Lowery
Moore & Van Allen PLLC
40 Calhoun St, Ste 300
PO Box 22828
Charleston SC 29413-2828
cynthialowery@mvalaw.com

*Hagemeyer NA/Navico, Inc.*
Larry B. Ricke
Spence Ricke & Sweeney PA
325 Cedar St, Ste 600
St Paul MN 55101
651-223-8000 (telephone)
651-223-8003 (fax)
rickel@srsg.net

*Bombardier Recreational Products*
Kevin D. Hofman
Halleland Lewis Nilan & Johnson PA
600 US Bank Plaza South
220 S Sixth St
Minneapolis MN 55402
612-338-7858 (fax)
khofman@halleland.com

*Bombardier Recreational Products*
Aaron Davis
Bryan Cave LLP
161 N Clark St, Ste 4300
Chicago IL 60601
312-602-5135 (telephone)
312-698-7535 (fax)
aaron.davis@bryancave.com

*Inland American Office Management and MB Minneapolis 8th St LLC*
Kevin M. Newman
Menter Rudin & Trivelpiece PC
308 Maltbie St, Ste 200
Syracuse NY 13204-1498
315-474-4040 (fax)
knewman@menterlaw.com

*Volvo Penta of the Americas Inc./ Volvo Financial Service North America/ VFS Leasing Co.*
Cass S. Weil
John K. Rossman
Sarah E. Doerr
Moss & Barnett PA
4800 Wells Fargo Center, 90 S 7th St
Minneapolis MN 55402-4129
weilc@moss-barnett.com
rossmanj@moss-barnett.com
doerrsarah@moss-barnett.com

*Lindy Lazar*
Gregory M. Luyt
Bowerman Bowden Ford Clulo & Luyt
620-A Woodmere
Traverse City MI 49686
231-941-8192 (fax)
luyt@traverselaw.com
patty@traverselaw.com

*Llebroc Industries*
Aaron Z. Tobin
Anderson & Jones PLLC
One Galleria Tower
13355 Noel Rd, Ste 1900
Dallas TX 75240
972-789-1160 (telephone)
aaront@andersonjoneslaw.com

*Llebroc Industries*
Davis A. Kessler
Gregerson Rosow Johnson & Nilan Ltd
650 Third Ave S, Ste 1600
Minneapolis MN 55402
dkessler@grjn.com

*Kubota Credit Corp.*
Joe M. Lozano, Jr.
National Bankruptcy Services.com LLC
F#2390-N-2696
9441 LBJ Freeway, Ste 350
Dallas TX 75243
972-643-6600 (telephone)
972-643-6698 (fax)
notice@bkcylaw.com

*MB Minneapolis 8th St LLC*
Jane S. Welch
Michael T. Berger
Morrison Fenske & Sund PA
5125 Cty Rd 101, Ste 202
Minnetonka MN 55345
952-975-0050 (telephone)
952-975-0058 (fax)
jwelch@morrisonfenske.com
mberger@morrisonfenske.com

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr, #400
Littleton CO 80124
303-566-1284 (telephone)
303-566-1010 (fax)

Nancy Adelmann
Vice President, Finance
Normark Corporation d/b/a Rapala
10395 Yellow Circle Drive
Hopkins MN 55343-9101
952-939-4361 (telephone)
952-933-7329 (fax)
nadelmann@rapalausa.com

*Vicem Yachts, Inc./Vicem Yat Saniyi ve Ticaret AS*
Ralph V. Mitchell
Lapp Libra Thomson Stoebner & Pusch
One Financial Plaza, Ste 2500
120 S 6th St
Minneapolis MN 55402
612-338-5815 (telephone)
612-338-6651 (fax)
rmitchell@lapplibra.com

*Vicem Yachts, Inc./Vicem Yat Saniyi ve Ticaret AS*
Steven J. Cohen
Wachtel & Masyr LLP
110 E 59th St
New York NY 10022
212-909-9500 (telephone)
cohen@wmllp.com

*North American Composites Co./ Interplastic Corp.*
Ivan M. Levy
Interplastic Corporation & Subsidiaries
1225 Willow Lake Blvd
St Paul MN 55110-5145
651-481-6871 (telephone)
651-481-9836 (fax)
ilevy@interplastic.com

*Dometic Corporation*
Lester Turchin
2000 N Andrews Ave
Pompano Beach FL 33069
954-633-3158 (telephone)
954-979-4414 (fax)

*Constellation NewEnergy, Inc.*
Bruce J. Ruzinsky
D. Elaine Conway
Jackson Walker LLP
1400 McKinney St, Ste 1900
Houston TX 77010
713-752-4200 (telephone)
713-752-4221 (fax)
bruzinsky@jw.com
econway@jw.com

4617955_1.DOC

Genmar Holdings, Inc. and Related Debtors
SERVICE LIST – NHM – Extend Time to Assume/Reject Certain Non-Residential Real Property Leases
Bky No. 09-43537
NOTE: Served via U.S. Mail except those parties whose contact information includes an e-mail address were served via e-mail

*Constellation NewEnergy, Inc.*
Heather M. Forrest
Jackson Walker LLP
901 Main St, Ste 6000
Dallas TX 75202
214-953-6000 (telephone)
214-953-5822 (fax)
hforrest@jw.com

*Florida Self-Insurers Guaranty Assn.*
James E. Sorenson
Williams Gautier Gwynn DeLoach & Sorenson PA
PO Box 4128
Tallahassee FL 32315-4128
850-386-3300 (telephone)
850-205-4755 (fax)

Beverly H. Shideler
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace IL 60181
877-876-7781 (phone)
845-491-3275

*Rodney & Barbara Voisine*
Leonard J. Koenick
Kivitz & Liptz LLC
5454 Wisconsin Ave, Ste 650
Chevy Chase MD 20815
301-951-3400 (telephone)
301-951-3646 (fax)
kivitzliptz2@earthlink.net

Michael L. Murawski
5 Hickory Ln
Plumsted NJ 08533
mlmurawski@comcast.net

Andy Gravina
Special Handling Group
IBM Credit LLC
4111 Northside Pky
Atlanta GA 30327

*Financial Protection Corp./*
*Lyndon Property Co.*
David E. Runck
Fafinski Mark & Johnson PA
400 Flagship Corporate Center
775 Prairie Center Dr
Eden Prairie MN 55344
952-995-9500 (telephone)
952-955-9577 (fax)
David.Runck@fmjlaw.com

*Taylor Made Group, Inc.*
Jeffrey A. Cooper
Carella Byrne Bain Gilfillan, et al.
5 Becker Farm Rd
Roseland NJ 07068
973-422-5573 (telephone)
jcooper@carellabyrne.com

*Veada Industries, Inc.*
Michael F. DeBoni
130 N Main St
PO Box 575
Goshen IN 46527-0575
574-533-1171 (telephone)
574-534-4174 (fax)
mdeboni@yaub.com

*Mahar Tool Supply Co.*
Susan M. Cook
Keith A. Schofner
Lambert Leser Isackson Cook & Giunta
916 Washington Ave, Ste 309
Bay City MI 48708
989-893-3518 (telephone)
scook@lambertleser.com
kschofner@lambertleser.com

*WPS Health Plan, Inc. d/b/a Arise*
*Health Plan*
Catherine J. Furay
Murphy Desmond S.C.
33 E. Main St, Ste 500
PO Box 2038
Madison WI 53701-2038
608-268-5614 (telephone)
608-257-4333 (fax)
cfuray@murphydesmond.com

*DC Capital Advisors Ltd.*
Lawrence P. Vonckx
Baker & McKenzie LLP
One Prudential Plaza
130 E. Randolph Dr, Ste 3600
Chicago IL 60601
312-861-8803 (telephone)
Lawrence.p.vonckx@bakernet.com

*IKON Financial Services*
Seprina-Renee Thomas
Bankruptcy Administration
IKON Financial Services
1738 Bass Rd
PO Box 13708
Macon GA 31208-3708
800-480-6513 (telephone)

Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City MO 65105-0475
Attn: Steven A. Ginther
753-751-5531 (telephone)
753-751-7232 (fax)
mn@dor.mo.gov

*Squiggle Tool Company LLC*
Mark F. Uphus
Uphus Law Office
310 E Main St
PO Box 158
Melrose MN 56352
320-256-7491 (telephone)
mark@uphuslaw.com

*Scott and Lambia Heilman*
David H. Stein
Jay B. Feldman
Wilentz, Goldman & Spitzer PA
90 Woodbridge Ctr Dr, Ste 900, Box 10
Woodbridge NJ 07095
dstein@wilentz.com
jfeldman@wilentz.com

*March First d/b/a Gainesville Marina*
Daniel W. Fram
Peterson Fram & Bergmann PA
55 E 5th St, Ste 800
St Paul MN 55101
651-291-8955 (telephone)
651-228-1753 (fax)
wfram@pfb-pa.com

*Manatee County Tax Collector*
Susan D. Profant
819 US 301 Blvd W
Bradenton FL 34205
941-741-4832 (telephone)
941-741-4865 (fax)
susanp@taxcollector.com

*Eldon E. Fox*
Lisa P. Sumner
Poyner Spruill LLP
PO Box 1801
Raleigh NC 27602
919-783-6400 (telephone)
919-783-1075 (fax)
lsumner@poyners.com

4617955_1.DOC

Genmar Holdings, Inc. and Related Debtors
SERVICE LIST – NHM – Extend Time to Assume/Reject Certain Non-Residential Real Property Leases
Bky No. 09-43537
NOTE: Served via U.S. Mail except those parties whose contact information includes an e-mail address were served via e-mail

| | | |
|---|---|---|
| *IKON Office Solutions, Inc.*<br>Katrina A. Rumph<br>Bankruptcy Specialist<br>IKON Office Solutions, Inc.<br>3920 Arkwright Rd., Ste. 400<br>Recovery & Bankruptcy Group<br>Macon GA 31210<br>krumph@ikon.com | Rocazur<br>Attn: Henri Ghiglione<br>29, Boulevard d'Italie<br>Monte Carlo 98000 Monaco | Seaswirl Boats, Inc.<br>701 C Street<br>Culver, OR 97734 |
| | Madame Isabelle Albisetti<br>Le Zodiaque, 15 Avenue<br>Crovetto, 98000 Monaco | Lori L. Stephan, President<br>Genmar Yacht Group<br>144 W. Pulaski Street<br>Pulaski, WI 54162 |
| *Brunswick Corporation*<br>Larry J. Nyhan<br>Bojan Guzina<br>Alison Leff<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago IL 60603<br>lnyhan@sidley.com<br>bguzina@sidley.com<br>aleff@sidley.com | Roc Fleuri<br>Attn: Henri Ghiglione<br>1, Rue du Ténao<br>Monte Carlo 98000 Monaco | Chester A. McDonald<br>2020 Angie Avenue<br>Green Bay, WI 54302 |
| | RREEF, Managing Agent<br>Eighth Street Tower Corporation<br>Attn: Corey M. Whitbeck, Leasing Manager<br>80 South Eighth Street<br>Minneapolis, MN 55402 | William Golden<br>Straight Line Pie, Inc.<br>Suite C-100<br>3333 Chapel Hill Boulevard<br>Durham, NC 27707 |
| Carolyn Gold Aberman<br>Brunswick Corporation<br>1 N Field Ct<br>Lake Forest IL 60045<br>Carolyn.Aberman@brunswick.com | Inland American Office Management LLC, Agent<br>MB Minneapolis 8th Street, L.L.C.<br>Attn: James C. Durda, VP, GM<br>650 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | Marion County Regional Airport<br>Board of Directors<br>P.O. Box 1153<br>Flippin, AR 72634 |
| John D. Lundberg<br>Fifth Third Bank<br>Structured Finance Group<br>1225 17th St, Ste 1825<br>Denver CO 80202<br>johnd.lundberg@53.com | Genmar Industries, Inc.<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | |
| *Allied Marine Group, Inc. (North/South)*<br>*Richard Bertram Yachts, Inc. (No./So.)*<br>Richard Gurbst<br>Squire Sanders & Dempsey LLP<br>127 Public Square<br>4900 Key Tower<br>Cleveland OH 44114<br>216-479-8500 (telephone)<br>rgurbst@ssd.com | BB Leasing Company<br>Attn: William and Mary Dracht<br>20506 80th Avenue<br>Marion, MI 49665 | |
| *Landlords* | Genmar Michigan<br>4220 South Seeley Road<br>Cadillac, MI 49601 | |
| Zonga Giannina<br>A Fano (PU) Via Martiri<br>Belfiore n.3<br>Fano, Italy | Falls Distribution, Inc.<br>16731 Haven Road<br>Little Falls, MN 56345 | |
| Zonga Oriana<br>Calcinelli di Saltara (PU)<br>Via Varese n. 33<br>Fano, Italy | | |

4617955_1.DOC