UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                    Case No. 09-43537
                                                          Chapter 11
Genmar Holdings, Inc., et al.,[1]                         Jointly Administered

                              Debtor.


**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION UNDER SECTION 1121(d)(1) TO EXTEND EXCLUSIVE PERIODS OF DEBTORS TO FILE AND OBTAIN ACCEPTANCES OF PLANS OF REORGANIZATION**

TO:   The Debtors and the Office of the United States Trustee and Other Parties in Interest as Specified in local Rule 9013.

The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned cases objects to the Debtors' Motion Under Section 1121(d)(1) to Extend Exclusive Periods to File and Obtain Acceptances of Plans of Reorganization (the "Motion") and states as follows:

1.   The Debtors' exclusive period to file plans expires on September 29, 2009, and the Debtors' exclusive period to obtain acceptances of timely filed plans expires on November 28, 2009. The Debtors have requested extensions of their exclusivity periods through December 31, 2009, and February 28, 2010, respectively.

---

[1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP, L.L.C., Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, L.L.C., Case No. 09-43547; Minstar, L.L.C., Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co. L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.

1

2. As background to their Motion, the Debtors point out that, pursuant to the most recent Order Authorizing Amendment of Debtor-In-Possession with Senior Lenders (the "DIP Financing Order"), the Debtors have begun to implement exit strategies, such as a reorganization, a sale or sales of assets, or similar external transactions. Motion, ¶¶ 14 – 18. The DIP Financing Order requires that the Senior Lenders be paid in full no later than December 18, 2009. Motion, ¶ 16. Thus, the exit strategy or strategies chosen must be implemented prior to the expiration of the proposed extended exclusivity periods.

3. If the exclusivity periods are extended, there will be no meaningful alternatives for the Debtors to the sale process. Thus, there will be no opportunity to test the market to see whether the return to unsecured creditors generated by a sale or sales could be improved by an alternate approach.

4. The Debtors primarily cite the size and complexity of their cases as the "cause" for the requested extensions of the exclusive periods. Motion, ¶¶ 20 – 21.

5. Although the Committee agrees that these cases are relatively large and complex, the Committee believes that the size and complexity of the cases will alone discourage casual competing plans. Only a party or parties with significant available funds and in-depth knowledge of the Debtors and their affairs would be able to effectively propose realistic plans.

6. Since the complexity and size of the cases will discourage most potential participants, the requested extensions of exclusivity will only discourage precisely those parties who could effectively propose plans that would be beneficial to the estates and the unsecured creditors.

WHEREFORE, the Committee requests that the Court deny the Debtor's Motion Under Section 1121(d)(1) to Extend Exclusive Periods of Debtors to File and Obtain Acceptances of Plans of Reorganization.

Dated: September 21, 2009

Respectfully submitted,

GRAY, PLANT, MOOTY,
 MOOTY & BENNETT, P.A.

/e/ Phillip Bohl
Phillip Bohl (MN #139191)
William J. Fisher (MN #167137)
Henry Wang (MN #033022X)
500 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3019
Facsimile: (612) 632-4019
phillip.bohl@gpmlaw.com
william.fisher@gpmlaw.com
henry.wang@gpmlaw.com

**Attorneys for the Official
Committee of the Unsecured Creditors**

GP:2646361 v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Case No. 09-43537
 Chapter 11
Genmar Holdings, Inc., et al.,[1]  Jointly Administered

Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2009, I caused the following:

Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion Under Section 1121(d)(1) to Extend Exclusive Periods of Debtors to File and Obtain Acceptances of Plans of Reorganization

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| James L. Baillie | jbaillie@fredlaw.com |
| Clinton E. Cutler | ccutler@fredlaw.com |
| Douglas W. Kassebaum | dkassebaum@fredlaw.com |
| Ryan Murphy | rmurphy@fredlaw.com |
| Faye Knowles | fknowles@fredlaw.com |
| Kendall L. Bader | kbader@fredlaw.com |
| US Trustee | Ustpregion12.mn.ecf@usdoj.gov |
| Sarah J. Wencil | Sarah.J.Wencil@usdoj.gov |
| Timothy D. Moratzka | tdm@mcmlaw.com |
| Thomas Lallier | tlallier@foleymansfield.com |
| Jeffrey Klobucar | Jklobucar@foleymansfield.com |
| Sarah E. Doerr | doerrsarah@moss-barnett.com |
| John K. Rossman | RossmanJ@moss-barnett.com |

---

[1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP, L.L.C., Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, L.L.C., Case No. 09-43547; Minstar, L.L.C., Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co. L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufcturing Company, Inc., Case No. 09-43556.

| | |
|---|---|
| Cass Weil | weilc@moss-barnett.com |
| Kevin D. Hofman | khofman@halleland.com |
| Michael R. Stewart | mstewart@faegre.com |
| Sara Bruggeman | sbruggeman@faegre.com |
| Larry B. Ricke | Rickel@srsg.net |
| David D. Heim | dheim@grjn.com |
| Joseph A. Nilan | jnilan@grjn.com |
| Ralph V. Mitchell | RMitchell@lapplibra.com |
| Ivan M. Levy | ilevy@interplastic.com |
| Lara O. Glaesman | Lara.Glaesman@fmjlaw.com |
| David E. Runck | David.Runck@fmjlaw.com |
| Jane S. Welch | jwelch@morrisonfenske.com |
| Michael Berger | mberger@morrisonfenske.com |
| Dennis M. Ryan | dryan@faegre.com |
| Alan L. Kildow | Alan.kildow@dlapiper.com |
| Kenneth Corey-Edstrom | kcoreyedstrom@larkinhoffman.com |
| Nauni J. Manty | ecf@mantylaw.com |
| Matthew A. Swanson | Matthew.swanson@leonard.com |

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, or to be served via e-mail, as indicated, to the following non-ECF participants:

| | | |
|---|---|---|
| IRS District Counsel<br>380 Jackson St., Ste. 650<br>St. Paul, MN 55101-4804 | Internal Revenue Service<br>Wells Fargo Place<br>30 E 7th St., Mail Stop 5700<br>St. Paul, MN 55101 | MN Dept. of Revenue<br>Collection Enforcement<br>551 Bankruptcy Section<br>600 No. Robert Street<br>PO Box 64447<br>St. Paul, MN 55101-2228 |
| US Attorney<br>600 US Courthouse<br>300 S. 4th Street<br>Minneapolis, MN 55415 | MN Dept. of Economic Security<br>332 Minnesota Street<br>St. Paul, MN 55101-1351 | Genmar Holdings, Inc. and Other Debtors<br>Attn: David Huls<br>2900 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>David.huls@genmar.com |

| | | |
|---|---|---|
| Wells Fargo<br>c/o Michael Stewart, L. Ward<br>Faegre & Benson, LLP<br>2200 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402<br>mstewart@faegre.com<br>LWard@faegre.com<br>sbruggeman@faegre.com | Fifth Third Bank<br>c/o David Moran<br>Winthrop & Weinstine, P.A.<br>Suite 3500<br>225 South 6th Street<br>Minneapolis, MN 55402<br>jmarkus@markuswilliams.com | Yamaha Motor Corp.<br>Attn: Timothy D. Moratzka<br>1400 AT&T Tower<br>901 Marquette Ave.<br>Minneapolis, MN 55402<br>tdm@mcmlaw.com |
| GE Commercial Dist. Finance<br>Attn: Thomas J. Lallier<br>Jeffrey D. Klobucar<br>Foley & Mansfield, PLLP<br>250 Marquette Ave., Ste. 1200<br>Minneapolis, MN 55401<br>tlallier@foleymansfield.com<br>jklobucar@foleymansfield.com | Steven E. Fox<br>Paul Traub<br>Brett J. Nizzo<br>Maura I. Russell<br>Epstein Becker & Green PC<br>250 Park Avenue<br>New York, NY 10177-1211<br>sfox@ebglaw.com<br>ptraub@ebglaw.com<br>bnizzo@ebglaw.com<br>mrussell@ebglaw.com | Cynthia Jordan Lowery<br>Moore & Van Allen PLLC<br>40 Calhoun Street, Ste. 300<br>P.O. Box 22828<br>Charleston, SC 29413-2828<br>cynthialawery@mvalaw.com |
| Kevin M. Newman<br>Menter Rudin & Trivelpiece<br>308 Maltbie Street, Ste. 200<br>Syracuse, NY 13204-1498<br>knewman@menterlaw.com | Gregory M. Luyt<br>Bowerman Bowden Ford Clulo<br>& Luyt, P.C.<br>620-A Woodmere<br>Traverse City, MI 49686<br>luyt@traverselaw.com<br>patty@traverselaw.com | Jane S. Welch<br>Michael T. Berger<br>Morrison Fenske & Sund PA<br>5125 Cty Rd 101, Ste. 202<br>Minnetonka, MN 55345<br>jwelch@morrisonfenske.com<br>mberger@morrisonfenske.com |
| GE Commercial Dist. Finance<br>Attn: Mike Rupe, H. Rosenblat<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>mrupe@kslaw.com<br>hrosenblat@kslaw.com | Steven J. Cohen<br>Wachtel & Masyr, LLP<br>110 East 59th Street<br>New York, NY 10022<br>cohen@wmllp.com | Rodney and Barbara Voisine<br>c/o Leonard J. Koenick<br>5454 Wisconsin Ave., #650<br>Chevy Chase, MD 20815 |
| James E. Sorenson<br>Williams, Gautier, Gwynn<br>P.O. Box 4128<br>Tallahassee, FL 32315-4128 | Bruce J. Ruzinsky<br>D. Elaine Conway<br>Jackson Walker, LLP<br>1401 McKinney Street<br>Suite 1900<br>Houston, TX 77010<br>bruzinsky@jw.com<br>econway@jw.com | D. Elaine Conway<br>Jackson Walker, LLP<br>1401 McKinney Street<br>Suite 1900<br>Houston, TX 77010 |

| | | |
|---|---|---|
| Heather M. Forrest<br>Jackson Walker, LLP<br>901 Main Street<br>Suite 6000<br>Dallas, TX 75202<br>hforrest@jw.com | Michael F. DeBoni<br>Yoder Ainlay Ulmer<br>130 N. Main Street<br>P.O. box 575<br>Goshen, IN 46527-0575<br>mdeboni@yaub.com | Paul Traub<br>Epstein Becker & Green PC<br>250 Park Avenue<br>New York, NY 10177-1211 |
| Brett J. Nizzo<br>Epstein Becker & Green PC<br>250 Park Avenue<br>New York, NY 10177-1211 | Maura I. Russell<br>Epstein Becker & Green PC<br>250 Park Avenue<br>New York, NY 10177-1211 | Terry Lange<br>Hagemeyer NA<br>Financial Service Center<br>11680 Great Oaks Way<br>Alpharetta, GA 30022 |
| Kevin M. Newman<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | Aaron Z. Tobin<br>Anderson & Jones PLLC<br>One Galleria Tower<br>13355 Noel Road, Ste. 1900<br>Dallas, TX 75240<br>aaront@andersonjoneslaw.com | Joe M. Lozano, Jr.<br>National Bankruptcy Serv.<br>F#2390-N-2696<br>9441 LBJ Freeway, Ste. 350<br>Dallas. TX 75243<br>notice@bkcylaw.com |
| Linda Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows Dr.<br>Ste. 400<br>Littleton, CO 80124 | Nancy Adelman<br>Normark Corporation<br>10395 Yellow Circle Drive<br>Hopkins, MN 55343-9101<br>nadelmann@rapalausa.com | Steven J. Cohen<br>Wachtel & Masyr, LLP<br>110 E. 59th Street<br>New York, NY 10022<br>cohen@wmllp.com |
| | Beverly H. Shideler<br>IBM Corporation<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181 | Leonard J. Koenick<br>Kivitz & Liptz LLC<br>5454 Wisconsin Ave., #650<br>Chevy Chase, MD 20815<br>Kivitzliptz2@earthlink.net |
| Michael L. Murawski<br>5 Hickory Lane<br>Plumsted, NJ 08533<br>mlmurawski@comcast.net | Andy Gravina<br>Special Handling Group<br>IBM Credit LLC<br>4111 Northside Pky<br>Atlanta, GA 30327 | Jeffrey A. Cooper<br>Carella Byrne Bain<br>5 Becker Farm Rd.<br>Roseland, NJ 07068<br>jcooper@carellabyrne.com |

| | | |
|---|---|---|
| Twin Lakes Community Bank<br>PO Box 1229<br>301 South 1st St.<br>Flippin, AR 72634 | Textron Financial Corp.<br>Attn: Paul Ratelle<br>Fabyanske Westra Hart<br>800 LaSalle Ave. So., Ste. 1900<br>Minneapolis, MN 55402<br>pratelle@fwhtlaw.com | Volvo Penta of the Americas<br>Cass S. Weil<br>John K. Rossman<br>Sarah E. Doerr<br>Moss & Barnett PA<br>4800 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402<br>weilc@moss-barnett.com<br>rossmanj@moss-barnett.com<br>doerrsarah@moss-barnett.com |
| Nancy Adelmann<br>Normark Corporation<br>10395 Yellow Circle Dr.<br>Hopkins, MN 55343<br>nadelmann@rapalausa.com | Susan M. Cook<br>Keith A. Schofner<br>Lambert Leser Isackson<br>916 Washington Ave.<br>Suite 309<br>Bay City, MI 48708<br>scook@lambertleser.com<br>kschofner@lambertleser.com | Lisa P. Sumner<br>P.O. Box 1801<br>Raleigh, NC 27602 |
| Susan D. Profant<br>P.O. Box 25300<br>Bradenton, FL 34206<br>susanp@taxcollector.com | Daniel W. Fram<br>Peterson Fram & Bergmann, PA<br>55 East Fifth Street, Ste. 800<br>St. Paul, MN 55101<br>wfram@pfb-pa.com | David H. Stein<br>Wilentz Goldman & Spitzer<br>90 Woodbridge Center Dr.<br>Suite 900, Box 10<br>Woodbridge, NJ 07095<br>dstein@wilentz.com |
| Aaron Davis<br>Bryan Cave LLP<br>161 N. Clark St., Ste. 4300<br>Chicago, IL 60601<br>Aaron.davis@bryancave.com | Squiggle Tool Company LLC<br>c/o Mark F. Uphus<br>Uphus Law Office<br>310 East Main St.<br>P.O. Box 158<br>Melrose, MN 56352<br>mark@uphuslaw.com | Nathan J. Kavlie<br>Foley & Mansfield, PLLP<br>250 Marquette Ave., Ste. 1200<br>Minneapolis, MN 55401<br>nkavlie@foleymansfield.com |
| David A. Kessler<br>Gregerson Rosow Johnson<br>650 Third Ave. So., Ste. 1600<br>Minneapolis, MN 55402<br>dkessler@grjn.com | Steven A. Ginther<br>Missouri Dept. of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-7232 | Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |

| Catherine J. Furay<br>Murphy Desmond SC<br>33 E. Main St., Ste. 500<br>PO Box 2038<br>Madison, WI 53701-2038<br>cfuray@murphydesmond.com | Matthew A. Swanson<br>Leonard Street & Deinard<br>150 So. 5th St., Ste. 2300<br>Minneapolis, MN 55402<br>Matthew.swanson@leonard.com | IKON Office Solutions<br>Recovery & Bankr. Group<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA 31210 |
|---|---|---|
| Larry J. Nyhan<br>Bojan Guzina<br>Alison Leff<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>lnyhan@sidley.com<br>bguzina@sidley.com<br>aleff@sidley.com | Carolyn Gold Aberman<br>Brunswick Corporation<br>1 N. Field Ct.<br>Lake Forest, IL 60045<br>Carolyn.aberman@brunswick.com | Joseph A. Ahern<br>Ahern Fleury<br>430 N. Old Woodward<br>Second Floor<br>Birmingham, MI 48009<br>jahern@ahernfleury.com |
| John D. Lundberg<br>Fifth Third Bank<br>Structured Finance Group<br>1225 – 17th Street, Ste. 1825<br>Denver, CO 80202<br>Johnd.lundberg@53.com | Richard Gurbst<br>Squire Sanders & Dempsey<br>127 Public Square<br>4900 Key Tower<br>Cleveland, OH 44114<br>rgurbst@ssd.com | |

Dated: September 21, 2009

GRAY, PLANT, MOOTY,
  MOOTY & BENNETT, P.A.


  /e/ Phillip Bohl
Phillip Bohl (MN# 139191)

GP:2646691 v1