UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA (MINNEAPOLIS)

In re: Genmar Tennessee
*jointly administered* Genmar Holdings, Inc.

Case No. 09-43537, lead

Debtor.

Chapter 11

## NOTICE OF TRANSFER OF CLAIM (APPEARING IN THE DEBTORS SCHEDULES) PURSUANT TO F.R.B.P. 3001(E)(1) or (3)

To: (Transferor)

Magic Tilt Trailers
2161 Lions Club Road
Clearwater, FL 33764

Your claim, in the amount of $18,953.14 has been transferred, unless previously expunged by court order to:

Riverside Claims LLC
Post Office Box 626
Planetarium Station
New York, NY 10024-0540

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
DISTRICT OF MINNESOTA (MINNEAPOLIS)
300 SOUTH 4TH STREET
SUITE 301
MINNEAPOLIS, MN 55415

-- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

CLERK

FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2009.

INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)_____
Copy to Transferee:_____
Deputy Clerk

# EVIDENCE OF TRANSFER OF CLAIM

**Magic Tilt Trailers**, a ___FLORIDA___ corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims LLC, with a mailing address of PO Box 626, Planetarium Station, New York, New York 10024, its successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the aggregate amount of **$18,953.14** [as stated in the Proof of Claim/ Debtor's Schedules] against **Genmar Tennessee, Inc. (Case No. 09-43544)** (the "Claim") **jointly administered under Genmar Holdings, Inc.** in the United States Bankruptcy Court for the **District of Minnesota (Minneapolis) Case No. 09-43537** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the _23_ day of _July_ 2009.

WITNESS:

By: _Joseph L. Rubino_
(Signature of authorized corporate officer)

_____
(Signature)

_JOSEPH L. Rubino_
(Print name and title of authorized corporate officer)

_____
(Print name and title of witness)

_787-535-5561_
(Telephone number of corporate officer)