UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                                  Chapter 11

Genmar Holdings, Inc., et al.[1]                                                       Case No. 09-43537

Debtors.                                                                             Jointly Administered

_____

**ORDER EXTENDING EXCLUSIVE PERIODS OF DEBTORS TO FILE AND OBTAIN ACCEPTANCES OF PLANS OF REORGANIZATION**
_____

Debtors' Motion under Section 1121(d)(1) to Extend Exclusive Periods of Debtors to File and Obtain Acceptances of Plans of Reorganization ("Motion") first came before the undersigned on September 24, 2009. The only objection was interposed by the Committee of Unsecured Creditors ("Committee"). The periods in which Debtors would have the exclusive right to file plans of reorganization were initially extended through November 4, 2009 and the periods in which Debtors would have the exclusive right to obtain acceptances of such plans were initially extended through January 3, 2010. The Debtors' Motion and the Committee's objection concerning whether the periods to file plans of reorganization and to obtain acceptances would be further extended to the dates originally requested in the Motion came before the undersigned on November 4, 2009.

The Debtors and the Committee have stipulated to the order set forth below.

---

[1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP, LLC, Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, LLC, Case No. 09-43547; Minstar, LLC, Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co., L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.

Based on all the files, records and proceedings herein, and the stipulation of the Debtors and the Committee, the Court being fully advised on the premises,

IT IS HEREBY ORDERED:

1. The periods in which Debtors have the exclusive right to file plans of reorganization are hereby extended through January 31, 2010.

2. The periods in which Debtors have the exclusive right to obtain acceptances of such plans are hereby extended through April 1, 2010.

Dated: November 5, 2009

/e/ Dennis D. O'Brien
The Honorable Dennis D. O'Brien
United States Bankruptcy

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on  *11/05/2009*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk