UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 |
| Genmar Holdings, Inc., et al.[1] | Case No. 09-43537 |
| Debtors. | Jointly Administered |

## DEBTORS' REPORT ON THE AUCTION SALE

Genmar Holdings, Inc. and the debtors referenced below (collectively, the "Debtors"), provide the following sale report on the bids received and the Auction held on January 7 and 8, 2010 regarding the proposed sale of the Debtors' assets (the "Sale Report").[2]

1. The Auction was scheduled for and began on January 7, 2010 at approximately 10:00 a.m. at the offices of Fredrikson & Byron, P.A., Debtors' Chapter 11 counsel. In attendance were counsel and representatives of the Debtors, Wells Fargo, CDFC, TFC, the Committee, the Stalking Horse and the Qualified Bidders. Prior to the Auction, a list of Qualified Bids along with the bid packages were provided to all the parties as required under the Bid Procedures.

2. At the start of the Auction, the bidders were advised that the bidding would begin with the Debtors' acceptance of the competing bid from Gores Boat Holdings, LLC ("Gores")

---

[1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP, LLC, Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, LLC, Case No. 09-43547; Minstar, LLC, Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co. L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.

[2] Unless otherwise defined in this Sale Report, all capitalized terms have the meaning ascribed to them in the Sale Motion.

and the Gores bid was acknowledged by the Debtors as the new Prevailing Bid, while the Stalking Horse Bid from Project Boat Holdings, LLC ("Platinum") was acknowledged as the Back-Up Bid. Gores and Platinum were the only bidders vying for what the Debtors referred to throughout the auction as the "core assets." There were additional bidders for certain other assets.

3. Each bidder was given sufficient opportunity to consider the bids made by the other bidders. The Debtors, with the assistance of their professionals including Houlihan, provided their bid valuations after each bid to the bidders for this purpose. At the completion of the Auction, each bidder was advised to provide their highest and best bid prior to the completion of bidding and that the Debtors would consider only the bids provided at the Auction in determining the Prevailing Bidders. The Auction concluded on January 8, 2010 at approximately 2:30 p.m.

4. Based on the Debtors' evaluation of the bids submitted and the results of the Auction, the Debtors have determined that the bids submitted by the following "Prevailing Bidders" are the highest and best bids submitted and respectfully request that the Court approve them as the Prevailing Bidders:

A. Platinum's Asset Purchase Agreement for the Acquired Assets (as originally set forth in the Stalking Horse Asset Purchase Agreement dated November 27, 2009), plus FinCraft and related assets, Seaswirl and related assets, Triumph and related assets, Little Falls Minnesota real estate and machinery and equipment, VEC equity and note receivable, WindsorCraft inventory, Culver Oregon real estate, Marine Media interests and Irwin Jacobs' note to Genmar Holdings, Inc. The gross value of Platinum's Prevailing Bid is $66.25 million plus the assumption of

approximately $32 million of liabilities, including a significant amount of post-petition administrative claims.

  B.  J&D Acquisitions, LLC's, an affiliate of Irwin Jacobs and J.P. DeJoria, Asset Purchase Agreement for the acquisition of Carver/Marquis and related assets. The gross value of the J&D Acquisitions, LLC's Prevailing Bid is $6.05 million, which includes $4 million in cash plus the assumption of certain post-petition administrative expense claims totaling approximately $1.3 million and the exclusion of certain causes of auction of Carver/Marquis valued at approximately $750,000.

  C.  MCBC Hydra Boats, LLC's, an affiliate of Wayzata Investment Partners, LLC, Asset Purchase Agreement for the acquisition of Hydra-Sports and related assets. The gross value of the MCBC Hydra Boats, LLC's Prevailing Bid is $1 million.

  5.  The Debtors have determined that the bids submitted by the following "Back-Up Bidders" are the next highest and best bids and respectfully request that the Court approve the Back-Up Bidders:

  A.  Gores' Asset Purchase Agreement for the Acquired Assets. The gross value of Gores' Back-Up Bid is $60 million plus the assumption of approximately $32 million of liabilities, including a significant amount of post-petition administrative claims, similar to Platinum. Unlike the Platinum bid, Gores' bid excludes certain non-core assets, including the Flippin airplane, Sarasota Plant 1, FinCraft and related assets, Seaswirl and related assets, Triumph and related assets, Little Falls Minnesota real estate and machinery and equipment, VEC equity and note receivable, WindsorCraft inventory, Culver Oregon real estate, Marine Media interests, and Irwin Jacobs' note to Genmar Holdings, Inc.

B.      Genmar Yacht Acquisition, LLC's, an affiliate of Patriarch Partners, Asset Purchase Agreement for the acquisition of Carver/Marquis and related assets. The gross value of Genmar Yacht Acquisition, LLC's Back-Up Bid is $6.05 million,[3] which includes $4 million in cash plus the assumption of certain post-petition administrative expense claims totaling approximately $1.3 million and the exclusion of certain causes of auction of Carver/Marquis valued at approximately $750,000.

C       Platinum's Asset Purchase Agreement for the acquisition of Hydra-Sports and related assets. The gross value of Platinum's Back-Up Bid is $1 million.

6.      The Debtors intend to file all of the above-referenced Asset Purchase Agreements and associated proposed Sale Approval Orders prior to the Sale Approval Hearing.

Dated: January 11, 2010                     FREDRIKSON & BYRON, P.A.

/s/ Ryan T. Murphy
James L. Baillie (#3980)
Faye Knowles (#56959)
Ryan T. Murphy (#311972)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone (612) 492-7000
Fax (612) 492-7077
jbaillie@fredlaw.com
fknowles@fredlaw.com
rmurphy@fredlaw.com

ATTORNEYS FOR DEBTORS

4674533_1

---

[3] Genmar Yacht Acquisition, LLC's bid has been designated the Back-Up Bid because it did not meet or exceed the minimum bid increment of $350,000 following J&D Acquisitions, LLC's Prevailing Bid.

## VERIFICATION

I, David J. Huls, am the Chief Financial Officer of Genmar Holdings, Inc. Based upon my personal information and belief, I declare under penalty of perjury that the facts set forth in the preceding Sale Report are true and correct, according to the best of my knowledge, information and belief.

Dated: January 11, 2010          Signed: _____
                                         David J. Huls

## VERIFICATION

I, Stephen Spencer, am a director at Houlihan Lokey Howard and Zukin Capital, Inc. Based upon my personal information and belief, I declare under penalty of perjury that the facts set forth in the preceding Sale Report are true and correct, according to the best of my knowledge, information and belief.

Dated: January 11, 2010         Signed: _____ 1.11.10
                                         Stephen Spencer

*Catherine Joan Boshoven*

4674533_1.DOC

CATHERINE JOAN BOSHOVEN
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                    Chapter 11

Genmar Holdings, Inc., et al.[1]                          Case No. 09-43537

    Debtors.                                              Jointly Administered

---

**CERTIFICATE OF SERVICE**

---

Ryan T. Murphy, under penalty of perjury, states that on January 11, 2010, he caused to be served the following:

1. Debtors' Report on the Auction Sale; and

2. Certificate of Service

by sending true and correct copies to all parties on the attached Service List as indicated therein.

Dated: January 11, 2010                    /s/ *Ryan T. Murphy*
                                           Ryan T. Murphy

4676042_1.DOC

---

[1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C., Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP, L.L.C., Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No. 09-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, L.L.C., Case No. 09-43547; Minstar, L.L.C., Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C., Case No. 09-43552; VEC Management Co. L.L.C., Case No. 09-43553; VEC Technology, Inc., Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.

Genmar Holdings, Inc. and Related Debtors
MASTER SERVICE LIST
Bky No. 09-43537
NOTE: Served via Express Mail except those parties whose contact information includes an e-mail address were served via e-mail

| US Trustee and Other Required Parties | Major Secured Creditors | Textron Financial Corporation / Textron Financial Canada, Ltd. |
|---|---|---|
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415<br>ustpregion12.mn.ecf@usdoj.gov | Wells Fargo Bank, NA<br>Michael R. Stewart<br>Lyle Ward<br>Sara Bruggeman<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh St<br>Minneapolis MN 55402-3901<br>mstewart@faegre.com<br>LWard@faegre.com<br>sbruggeman@faegre.com | Steven E. Fox<br>Paul Traub<br>Brett J. Nizzo<br>Maura I. Russell<br>Epstein Becker & Green PC<br>250 Park Ave<br>New York NY 10177-1211<br>sfox@ebglaw.com<br>ptraub@ebglaw.com<br>bnizzo@ebglaw.com<br>mrussell@ebglaw.com |
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 South Fourth Street<br>Minneapolis MN 55415<br>Sarah.J.Wencil@usdoj.gov | | |
| IRS District Counsel<br>380 Jackson St, Ste 650<br>St Paul MN 55101-4804 | Fifth Third Bank<br>James Markus<br>Markus Williams Young & Zimmerman<br>1700 Lincoln St, Ste 4000<br>Denver CO 80203<br>jmarkus@markuswilliams.com | Yamaha Motor Corporation USA<br>Timothy D. Moratzka, Esq.<br>1400 AT&T Tower<br>901 Marquette Ave<br>Minneapolis MN 55402<br>612-305-1414 (fax)<br>tdm@mcmlaw.com |
| Internal Revenue Service<br>Wells Fargo Place<br>30 E 7th St, Mail Stop 5700<br>St Paul MN 55101 | | |
| MN Department of Revenue<br>Collection Enforcement<br>551 Bankruptcy Section<br>600 North Robert Street<br>PO Box 64447<br>St Paul MN 55101-2228 | GE Commercial<br>Distribution Finance Corporation<br>Thomas J. Lallier<br>Jeffrey D. Klobucar<br>Nathan J. Kavlie<br>Foley & Mansfield, PLLP<br>250 Marquette Ave, Ste 1200<br>Minneapolis MN 55401<br>tlallier@foleymansfield.com<br>jklobucar@foleymansfield.com<br>nkavlie@foleymansfield.com | Committee of Unsecured Creditors<br><br>Phillip Bohl<br>William J. Fisher<br>Henry Wang<br>Jessica A. Mitchell<br>Gray Plant Mooty Mooty & Bennett PA<br>500 IDS Ctr, 80 S 8th St<br>Minneapolis MN 55402<br>612-632-3000 (telephone)<br>612-632-4444 (fax)<br>phillip.bohl@gpmlaw.com<br>William.fisher@gpmlaw.com<br>henry.wang@gpmlaw.com<br>Jessica.mitchell@gpmlaw.com |
| US Attorney<br>600 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415 | | |
| Minnesota Department of Economic Security<br>332 Minnesota St, Ste E200<br>St. Paul MN 55101-1351 | GE Commercial Distribution Finance<br>Michael C. Rupe<br>Heath D. Rosenblat<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York NY 10036<br>mrupe@kslaw.com<br>hrosenblat@kslaw.com | |
| Debtors | | Special Counsel<br>Committee of Unsecured Creditors |
| Genmar Holdings, Inc. and other Debtors<br>Genmar Holdings, Inc.<br>Attention: David Huls<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402-2100<br>612-337-1930 (fax)<br>david.huls@genmar.com | Twin Lakes Community Bank<br>PO Box 1229<br>301 South 1st St<br>Flippin AR 72634 | Matthew A. Swanson<br>Leonard Street and Deinard<br>150 S 5th St, Ste 2300<br>Minneapolis MN 55402<br>612-335-1500 (telephone)<br>612-335-1657 (fax)<br>matthew.swanson@leonard.com |
| | Textron Financial Corporation<br>Paul L. Ratelle<br>Fabyanske Westra Hart & Thomson PA<br>800 LaSalle Ave S, Ste 1900<br>Minneapolis MN 55402<br>612-359-7600 (telephone)<br>612-359-7602 (fax)<br>pratelle@fwhtlaw.com | Requests for Notice<br><br>Terry Lange<br>Hagemeyer NA<br>Financial Service Center<br>11680 Great Oaks Way<br>Alpharetta GA 30022 |

Genmar Holdings, Inc. and Related Debtors
MASTER SERVICE LIST
Bky No. 09-43537
NOTE: Served via Express Mail except those parties whose contact information includes an e-mail address were served via e-mail

*Hagemeyer NA*
Cynthia J. Lowery
Moore & Van Allen PLLC
40 Calhoun St, Ste 300
PO Box 22828
Charleston SC 29413-2828
cynthialowery@mvalaw.com

*Hagemeyer NA/Navico, Inc.*
Larry B. Ricke
Spence Ricke & Sweeney PA
325 Cedar St, Ste 600
St Paul MN 55101
651-223-8000 (telephone)
651-223-8003 (fax)
rickel@srsg.net

*Bombardier Recreational Products*
Kevin D. Hofman
Halleland Lewis Nilan & Johnson PA
600 US Bank Plaza South
220 S Sixth St
Minneapolis MN 55402
612-338-7858 (fax)
khofman@halleland.com

*Bombardier Recreational Products*
Aaron Davis
Bryan Cave LLP
161 N Clark St, Ste 4300
Chicago IL 60601
312-602-5135 (telephone)
312-698-7535 (fax)
aaron.davis@bryancave.com

*Inland American Office Management and MB Minneapolis 8th St LLC*
Kevin M. Newman
Menter Rudin & Trivelpiece PC
308 Maltbie St, Ste 200
Syracuse NY 13204-1498
315-474-4040 (fax)
knewman@menterlaw.com

*Volvo Penta of the Americas Inc./ Volvo Financial Service North America/ VFS Leasing Co.*
Cass S. Weil
John K. Rossman
Sarah E. Doerr
Moss & Barnett PA
4800 Wells Fargo Center, 90 S 7th St
Minneapolis MN 55402-4129
weilc@moss-barnett.com
rossmanj@moss-barnett.com
doerrsarah@moss-barnett.com

*Lindy Lazar*
Gregory M. Luyt
Bowerman Bowden Ford Clulo & Luyt
620-A Woodmere
Traverse City MI 49686
231-941-8192 (fax)
luyt@traverselaw.com
patty@traverselaw.com

*Llebroc Industries*
Aaron Z. Tobin
Anderson & Jones PLLC
One Galleria Tower
13355 Noel Rd, Ste 1900
Dallas TX 75240
972-789-1160 (telephone)
aaront@andersonjoneslaw.com

*Llebroc Industries*
Davis A. Kessler
Gregerson Rosow Johnson & Nilan Ltd
650 Third Ave S, Ste 1600
Minneapolis MN 55402
dkessler@grjn.com

*Kubota Credit Corp.*
Joe M. Lozano, Jr.
National Bankruptcy Services.com LLC
F#2390-N-2696
9441 LBJ Freeway, Ste 350
Dallas TX 75243
972-643-6600 (telephone)
972-643-6698 (fax)
notice@bkcylaw.com

*MB Minneapolis 8th St LLC*
Jane S. Welch
Michael T. Berger
Morrison Fenske & Sund PA
5125 Cty Rd 101, Ste 202
Minnetonka MN 55345
952-975-0050 (telephone)
952-975-0058 (fax)
jwelch@morrisonfenske.com
mberger@morrisonfenske.com

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr, #400
Littleton CO 80124
303-566-1284 (telephone)
303-566-1010 (fax)

Nancy Adelmann
Vice President, Finance
Normark Corporation d/b/a Rapala
10395 Yellow Circle Drive
Hopkins MN 55343-9101
952-939-4361 (telephone)
952-933-7329 (fax)
nadelmann@rapalausa.com

*Vicem Yachts, Inc./Vicem Yat Saniyi ve Ticaret AS*
Ralph V. Mitchell
Lapp Libra Thomson Stoebner & Pusch
One Financial Plaza, Ste 2500
120 S 6th St
Minneapolis MN 55402
612-338-5815 (telephone)
612-338-6651 (fax)
rmitchell@lapplibra.com

*Vicem Yachts, Inc./Vicem Yat Saniyi ve Ticaret AS*
Steven J. Cohen
Wachtel & Masyr LLP
110 E 59th St
New York NY 10022
212-909-9500 (telephone)
cohen@wmllp.com

*North American Composites Co./ Interplastic Corp.*
Ivan M. Levy
Interplastic Corporation & Subsidiaries
1225 Willow Lake Blvd
St Paul MN 55110-5145
651-481-6871 (telephone)
651-481-9836 (fax)
ilevy@interplastic.com

*Dometic Corporation*
Lester Turchin
2000 N Andrews Ave
Pompano Beach FL 33069
954-633-3158 (telephone)
954-979-4414 (fax)

*Constellation NewEnergy, Inc.*
Bruce J. Ruzinsky
D. Elaine Conway
Jackson Walker LLP
1400 McKinney St, Ste 1900
Houston TX 77010
713-752-4200 (telephone)
713-752-4221 (fax)
bruzinsky@jw.com
econway@jw.com

4565297_4.doc

Genmar Holdings, Inc. and Related Debtors
MASTER SERVICE LIST
Bky No. 09-43537
NOTE: Served via Express Mail except those parties whose contact information includes an e-mail address were served via e-mail

| | | |
|---|---|---|
| *Constellation NewEnergy, Inc.*<br>Heather M. Forrest<br>Jackson Walker LLP<br>901 Main St, Ste 6000<br>Dallas TX 75202<br>214-953-6000 (telephone)<br>214-953-5822 (fax)<br>hforrest@jw.com | *Taylor Made Group, Inc.*<br>Jeffrey A. Cooper<br>Carella Byrne Bain Gilfillan, et al.<br>5 Becker Farm Rd<br>Roseland NJ 07068<br>973-422-5573 (telephone)<br>jcooper@carellabyrne.com | Missouri Department of Revenue<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City MO 65105-0475<br>Attn: Steven A. Ginther<br>753-751-5531 (telephone)<br>753-751-7232 (fax)<br>mn@dor.mo.gov |
| *Florida Self-Insurers Guaranty Assn.*<br>James E. Sorenson<br>Williams Gautier Gwynn DeLoach & Sorenson PA<br>PO Box 4128<br>Tallahassee FL 32315-4128<br>850-386-3300 (telephone)<br>850-205-4755 (fax) | *Veada Industries, Inc.*<br>Michael F. DeBoni<br>130 N Main St<br>PO Box 575<br>Goshen IN 46527-0575<br>574-533-1171 (telephone)<br>574-534-4174 (fax)<br>mdeboni@yaub.com | *Squiggle Tool Company LLC*<br>Mark F. Uphus<br>Uphus Law Office<br>310 E Main St<br>PO Box 158<br>Melrose MN 56352<br>320-256-7491 (telephone)<br>mark@uphuslaw.com |
| Beverly H. Shideler<br>IBM Corporation<br>Two Lincoln Centre<br>Oakbrook Terrace IL 60181<br>877-876-7781 (phone)<br>845-491-3275 | *Mahar Tool Supply Co.*<br>Susan M. Cook<br>Keith A. Schofner<br>Lambert Leser Isackson Cook & Giunta<br>916 Washington Ave, Ste 309<br>Bay City MI 48708<br>989-893-3518 (telephone)<br>scook@lambertleser.com<br>kschofner@lambertleser.com | *Scott and Lambia Heilman*<br>David H. Stein<br>Jay B. Feldman<br>Wilentz, Goldman & Spitzer PA<br>90 Woodbridge Ctr Dr, Ste 900, Box 10<br>Woodbridge NJ 07095<br>dstein@wilentz.com<br>jfeldman@wilentz.com |
| *Rodney & Barbara Voisine*<br>Leonard J. Koenick<br>Kivitz & Liptz LLC<br>5454 Wisconsin Ave, Ste 650<br>Chevy Chase MD 20815<br>301-951-3400 (telephone)<br>301-951-3646 (fax)<br>kivitzliptz2@earthlink.net | *WPS Health Plan, Inc. d/b/a Arise Health Plan*<br>Catherine J. Furay<br>Murphy Desmond S.C.<br>33 E. Main St, Ste 500<br>PO Box 2038<br>Madison WI 53701-2038<br>608-268-5614 (telephone)<br>608-257-4333 (fax)<br>cfuray@murphydesmond.com | *March First d/b/a Gainesville Marina*<br>Daniel W. Fram<br>Peterson Fram & Bergmann PA<br>55 E 5th St, Ste 800<br>St Paul MN 55101<br>651-291-8955 (telephone)<br>651-228-1753 (fax)<br>wfram@pfb-pa.com |
| Michael L. Murawski<br>5 Hickory Ln<br>Plumsted NJ 08533<br>mlmurawski@comcast.net | | *Manatee County Tax Collector*<br>Susan D. Profant<br>819 US 301 Blvd W<br>Bradenton FL 34205<br>941-741-4832 (telephone)<br>941-741-4865 (fax)<br>susanp@taxcollector.com |
| Andy Gravina<br>Special Handling Group<br>IBM Credit LLC<br>4111 Northside Pky<br>Atlanta GA 30327 | *DC Capital Advisors Ltd.*<br>Lawrence P. Vonckx<br>Baker & McKenzie LLP<br>One Prudential Plaza<br>130 E. Randolph Dr, Ste 3600<br>Chicago IL 60601<br>312-861-8803 (telephone)<br>Lawrence.p.vonckx@bakernet.com | *Eldon E. Fox*<br>Lisa P. Sumner<br>Poyner Spruill LLP<br>PO Box 1801<br>Raleigh NC 27602<br>919-783-6400 (telephone)<br>919-783-1075 (fax)<br>lsumner@poyners.com |
| *Financial Protection Corp./ Lyndon Property Co.*<br>David E. Runck<br>Fafinski Mark & Johnson PA<br>400 Flagship Corporate Center<br>775 Prairie Center Dr<br>Eden Prairie MN 55344<br>952-995-9500 (telephone)<br>952-955-9577 (fax)<br>David.Runck@fmjlaw.com | *IKON Financial Services*<br>Seprina-Renee Thomas<br>Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Rd<br>PO Box 13708<br>Macon GA 31208-3708<br>800-480-6513 (telephone) | |

Genmar Holdings, Inc. and Related Debtors
MASTER SERVICE LIST
Bky No. 09-43537
NOTE: Served via Express Mail except those parties whose contact information includes an e-mail address were served via e-mail

*IKON Office Solutions, Inc.*
Katrina A. Rumph
Bankruptcy Specialist
IKON Office Solutions, Inc.
3920 Arkwright Rd, Ste 400
Recovery & Bankruptcy Group
Macon GA 31210
krumph@ikon.com

*Brunswick Corporation*
Larry J. Nyhan
Bojan Guzina
Alison Leff
Sidley Austin LLP
One South Dearborn
Chicago IL 60603
lnyhan@sidley.com
bguzina@sidley.com
aleff@sidley.com

Carolyn Gold Aberman
Brunswick Corporation
1 N Field Ct
Lake Forest IL 60045
Carolyn.Aberman@brunswick.com

John D. Lundberg
Fifth Third Bank
Structured Finance Group
1225 17th St, Ste 1825
Denver CO 80202
johnd.lundberg@53.com

*Allied Marine Group, Inc. (North/South)*
*Richard Bertram Yachts, Inc. (No./So.)*
Richard Gurbst
Squire Sanders & Dempsey LLP
127 Public Square
4900 Key Tower
Cleveland OH 44114
216-479-8500 (telephone)
rgurbst@ssd.com

*HJ Oldenkamp Company*
Joseph A. Ahern
Ahern Fleury
430 N Old Woodward, 2nd Fl
Birmingham MI 48009
jahern@ahernfleury.com

*Tennessee Department of Revenue*
c/o Tennessee Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville TN 37202-0207

*R & R Design, Inc.*
Patrick J. Schurr
Scheef & Stone LLP
2601 Network Blvd, Ste 102
Frisco TX 75034
Patrick.schurr@solidcounsel.com

*Operation Bass, Inc. d/b/a FLW Outdoors*
[New Counsel – Not Yet Noticed]

*Buffalo Insurance Company*
David C. Christian, II
Seyfarth Shaw LLP
131 S Dearborn St, Ste 2400
Chicago IL 60603-5577
dchristian@seyfarth.com

*Nuvolari-Lenard*
Michael Dove
Charles W Hanson
Gislason & Hunter LLP
2700 S Broadway
PO Box 458
New Ulm MN 56073
MDove@gislason.com
Chanson@gislason.com

Michael A. Cox
Steven B. Flancher
Attorney General's Office
State of Michigan
Department of Treasury
PO Box 30754
Lansing MI 48909
coxm@michigan.gov
flanchers@michigan.gov

*Project Boat Holdings, LLC*
George H. Singer
Lindquist & Vennum, PLLP
4200 IDS Center
80 S Eighth St
Minneapolis MN 55402-2274
gsinger@lindquist.com

*Colbin Tool, Inc.*
David A. Orenstein
Barnes & Thornburg LLP
100 S Fifth St, Ste 1100
Minneapolis MN 55402
david.orenstein@btlaw.com

*Heritage Marine & Outdoors*
R. Lyn Stevens
Stevens Baldo Freeman & Lighty
550 Fannin St, Ste 700
Beaumont TX 77701
stevens@sbf-law.com