**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Genmar Holdings, Inc.

Debtor(s)

Case No: 09–43537

Chapter 11 Case

## Notice of Filing of Transcript
## and of Deadlines Related to Restriction and Redaction

A transcript of the proceeding held on 4–15–2010 was filed on 4/29/10. The following deadlines apply:

The parties have until 5/6/10 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is 5/20/10.

If a request for redaction is filed, the redacted transcript is due 6/1/10.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 7/28/10 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Neil K. Johnson 651–681–8550 or you may view the document at the clerk's office public terminal.

Dated: 4/30/10

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: debby
Deputy Clerk

**mnbntrdl** 09/25/2008 – kb