# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re<br>    Genmar Holdings, Inc., et al.[1]<br>                  Debtors. | Chapter 7<br><br>**ORDER TERMINATING**<br>**JOINT ADMINISTRATION** |

At Saint Paul, Minnesota, November 24, 2010.

     The above-entitled cases came before the Court upon the conversion of these jointly administered cases from Chapter 11 to Chapter 7. On June , 2009, the Court entered an Order Directing Joint Administration in Chapter 11. In the interest of judicial administration and it now appearing appropriate that the cases be administered separately under a Chapter 7 trustee, the Court enters the following Order.

     **IT IS HEREBY ORDERED THAT**: The above-captioned and related bankruptcy cases in footnote 1 shall be again administered as individual cases, with a Chapter 7 trustee assigned to each case. The Court will maintain separate claims registers and mailing matrices for each case. All pleadings or documents filed in these cases shall clearly indicate in the caption of the document the appropriate case number and name of the case or cases in which it is filed.

Dated: November 24, 2010.

                                                     By The Court:
                                                   /e/ Dennis D. O'Brien
                                                   US Bankruptcy Judge

> NOTICE OF ELECTRONIC ENTRY AND
> FILING ORDER OR JUDGMENT
> Filed and Docket Entry made on *11/24/2010*
> Lori Vosejpka, Clerk, by SKM

---

     [1] Jointly administered debtors: Genmar Holdings, Inc., Case No. 09-43537; Carver Industries, L.L.C., Case No. 09-43538; Carver Italia, L.L.C., Case No. 09-33773; Carver Yachts International, L.L.C. Case No. 09-33774; Genmar Florida, Inc., Case No. 09-43539; Genmar Industries, Inc., Case No. 09-43540; Genmar IP., L.L.C, Case No. 09-43541; Genmar Manufacturing of Kansas, Inc., Case No-43542; Genmar Michigan, L.L.C., Case No. 09-43543; Genmar Minnesota, Inc., Case No. 09-33775; Genmar Tennessee, Inc., Case No. 09-43544; Genmar Transportation, Inc., Case No. 09-43545; Genmar Yacht Group, LLC, Case No. 09-43546; Marine Media, L.L.C., Case No. 09-43547; Minstar, L.L.C, Case No. 09-43548; Triumph Boats, Inc., Case No. 09-43550; Triumph Boat Rentals, L.L.C., Case No. 09-43551; VEC Leasing Services, L.L.C, Case No. 09-43552; VEC Management Co. L.L.C. Case No. 09-43553, VEC Technology, Inc. , Case No. 09-43554; Windsor Craft Yachts, L.L.C., Case No. 09-43555; Wood Manufacturing Company, Inc., Case No. 09-43556.